UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATLIN SPECIALTY INSURANCE
COMPANY, INC,

    Plaintiff,

v.                                                      Case No:   6:16-cv-1650-Orl-41TBS

THE LANDINGS AT CARVER PARK,
LLLP, WENDELL EDWARDS, RICKY
HARRISON, DAQUAN LUNDY, THE
ESTATE OF GINO NICHOLAS, THE
ESTATE OF TANYA SKEEN,
CORDARIUS WILLIAMS and HOUSING
AUTHORITY OF THE CITY OF
ORLANDO, INC.,

    Defendants.

## ORDER

This case comes before the Court on Plaintiffs' Motion for Extension of Time to Effect Service of Process on Defendants Ricky Harrison, Wendell Edwards and Cordarius Williams (Doc. 32). Plaintiff had through January 18, 2016 to serve Defendants (Id., ¶ 1). Plaintiffs aver that they have "made multiple attempts to serve [Harrison, Edwards and Williams] and is [sic] endeavoring to obtain additional information to attempt to perfect service at additional locations based upon information obtained from its service attempts as well as other investigatory efforts." (Id., ¶ 3). Now, Plaintiffs seek an enlargement of time, through February 17, 2017, within to serve these Defendants (Id., ¶ 4).

Rule 4(m) of the Federal Rules of Civil Procedure requires a plaintiff to serve any defendant "within 90 days after the complaint is filed." Where, as here, a plaintiff fails to serve a defendant within the required time, the Court "must dismiss the action without

prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). If the plaintiff shows good cause for the failure, the court may not dismiss the action and must give the plaintiff a reasonable time to perfect service. Id. Plaintiffs have shown good cause for an enlargement of time. Accordingly, Plaintiff's motion is **GRANTED**, and they have through February 17, 2017 to serve Harrison, Edwards and Williams.

    **DONE** and **ORDERED** in Orlando, Florida on January 20, 2017.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record