Exhibit "B"

16CF 76408

Lavon Shuth

## JOINT HOMICIDE INVESTIGATIVE TEAM
## SUPPLEMENT REPORT

### CASE NUMBER 2016-158538

#### Date of Original Report: 4/16/16

| | | | |
|---|---|---|---|
| VICTIM: | Skeen, Tanya & Nicolas, Gino | DATE ASSIGNED: | 4/16/16 |
| OFFENSE: | First Degree Murder with a Firearm | FSS #: | 782.04 |
| UCR CODE: | 009A | SUPPLEMENT DATE: | 7/16/16 |
| DISPOSITION CODE: | 1 | DATE CASE CLEARED: | 6/10/16 |
| METHOD OF NOTIFICATION: | Telephone | DATE NOTIFIED OF DISPOSITION: | 6/10/16 |

## NARRATIVE

On Saturday, 4/16/16 at 2126 hours, the Orlando Police Department received emergency calls to respond to the 1100 block of Conley Street (Landings at Carver Park Apartments) in Orlando, Orange County, Florida for several shots fired and victims struck by gunfire. Witnesses described the incident as a drive-by shooting where a vehicle drove by a group of young men standing outside 1122 Conley Street and the occupant(s) of the vehicle opened fire on them. A total of six people were shot, two were killed and at least two more were shot at but not struck. Five of the six people shot were standing within the group of young men talking to each other outside and the woman who was killed was inside her apartment putting away groceries. Several apartments and cars were also struck by gunfire and two occupied apartments had rounds enter their windows but no one inside was struck by stray bullets. The suspects indiscriminately fired a barrage of bullets into the crowd of young men, apartments and cars on Conley Street with complete disregard for human life. Gino Nicolas and Tanya Skeen were killed.

At 2214 hours, I, Detective T. Sprague, was contacted by Sergeant Draisin (12419) to respond to investigate the homicide as the lead detective. Detective M. Hatcher (5966) and Detective M. Fields (15141) were assigned to assist me. I arrived at 2253 hours and was briefed by Officer N. Metzger (19718), Officer A. Payne (16301), her recruit, Officer L. Provitt (31489), and Sergeant N. Pina (11767). Officer Metzger advised he arrived first and observed a large crowd between 1122 and 1140 Conley St. They called out to him advising they needed paramedics. Officer Metzger observed a black male, later identified as victim, Gino Nicolas, lying face down in between the two apartment buildings. The male was on his stomach with his head facing south, away from Conley St. His arms were above his head on the ground and Officer Metzger observed blood coming from his mouth. Officer Metzger advised he checked for a pulse and realized he did not have one so he turned the male onto his back and began CPR compressions. While performing chest compressions, Officer Metzger visually looked for any gunshots wounds but did not initially see where the male had been shot. He later observed a gunshot wound to his upper back. Another person yelled to Officer Metzger advising a woman had been hit inside of 1140 Conley St. Officer Metzger directed arriving officers to that apartment while continuing to perform CPR compressions until the Orlando Fire Department and Rural Metro personnel arrived and relieved him. He assisted medical personnel with loading Gino Nicolas onto a stretcher and into an ambulance. Officer Metzger then advised he put up crime scene tape and started looking for shell casings in the road. Gino Edny Nicolas (7/7/91) was transported to Orlando Regional Medical Center and pronounced deceased at 2155 hours by Dr. Lube. Officer Payne advised she had been informed Gino Nicolas was an employee for the city of Orlando and may have worked at the John H. Jackson Community Center, which was just north of the crime scene.

FILED IN OPEN COURT
2-23-2017
Clerk, U.S. Ct. Orange Co., FL
By _____ D.C.
: 01722

CSI Kuzma (12901) and CSI Baumgaertner (19264) were already processing the exterior crime scene upon my arrival. CSI Thomas (4853) was requested to respond to ORMC to take photographs of victims with non life threatening injuries and collect evidence.

Sergeant Pina advised Officer B. Weaver (12481), Officer W. Whited (16898), and Officer D. Piccirillo (18706), were at Orlando Regional Medical Center and Officer F. Rolle (18874) was with another victim of the shooting at Florida Hospital South. Officer Weaver advised through Sergeant Pina, the female victim from 1140 Conley St, apartment 1, Tanya Monique Skeen (2/22/70), was in critical condition and may not survive.

Officers advised one of the black male victims who had been shot in his left leg stated a gold car rolled up on them and started shooting. They said this victim's sister described the vehicle as a *brown or gold Chevrolet Impala*. Officer Payne and Officer Provitt walked me through the crime scene from the east side of Conley St, walking west. I observed the middle of Conley St was riddled with multiple shell casings, some of which appeared to have been run over. I observed two different colored and size shell casings, gold and silver, indicating the possibility of two different shooters. Two vehicles parked facing east on Conley St in front of the apartments were shot multiple times.

In between buildings 1122 and 1140 Conley St, I observed a white Nike tennis shoe, a black beanie cap, a pair of black Nike Air Jordan tennis shoes, a black pair of men's jeans, an MCM men's belt, a set of car keys, a white iPhone in a black case, a pair of iPhone ear buds, a multi-colored shirt which had been cut by medical personnel, and various medical device plastic wrappers that were left behind by medical personnel. I was advised by Officer Metzger, Gino Nicolas was lying where the men's black jeans, black Nike Air Jordan shoes, iPhone, earbuds and MCM belt were located. The car keys were to a champagne colored Chevrolet Impala which belonged to Gino and was parked in the rear of 1122 Conley St in the parking lot.

Officer Payne and Officer Provitt showed me the shot that went through the rear porch door of 1123 Cypress St which is the building south of the parking lot behind 1122 and 1140 Conley St. The shot entered the door completely and landed on the living room floor of a townhouse full of people but no one was hit. Officer T. Funke was standing next to the round in the living room when I arrived until the projectile could be collected by crime scene investigators. I spoke to Jeannette Rivera at this residence. She stated they all thought the oven had exploded because they had a dish in the oven. They all thought at first it was the sound of fireworks. She thought they heard at least 12 shots that sounded like rapid fire. She and her friend, Freda V. Lopez, stated they looked out the rear window and observed men running to the parking lot from Conley St. Freda walked outside to the rear porch with me to the parking lot and showed me the area where she observed a large dark colored pick-up truck or SUV parked west of the alley between 1122 and 1140 Conley St. She stated a very large black male carried a man to the vehicle because he was limping, then returned to the alley between the buildings and grabbed a long gun and carried it back to the vehicle as well. She stated the vehicle then left going westbound through the parking lot. She stated this occurred after all the shots were fired and she assumed the black male being carried had been shot. Jeannette Rivera and her son completed sworn, written statements and will prosecute and testify. No one had permission to shoot into their occupied dwelling.

Next the officers took me to the rear (north) porch door of 1119 Cypress St and showed me the easternmost set of upstairs windows where another shot had entered an apartment. This apartment is just east of 1123 Cypress St. The resident, Jeannette Gunn, showed me how the shot entered her son's bedroom window, went through his closed bedroom door, then across the upstairs hallway and into the wall that comes into her bedroom, then through that wall and into the next wall where it finally lodged. No one was hurt and her son was not at home at the time.

: 01723

Jeannette Rivera completed a sworn, written statement and will prosecute and testify. No one had permission to shoot into her occupied dwelling. Next, the officers took me to the townhome just east of Jeannette Gunn's townhouse, 1115 Cypress St. Here, a projectile had struck the right (westernmost) side of the concrete cinderblock that surrounds the rear porch door. The round caused damage to the wall but did not lodge inside the wall and was not located. The resident, Louvenia Baker, completed a sworn, written statement and will testify and prosecute for the damage.

I then entered the rear open door of 1140 Conley St, apartment 1, the residence of victim, Tanya Skeen, along with CSI Baumgaertner, CSI Kumza and Sergeant J. Draisin. Officer Payne advised me Tanya's 12 year-old daughter, Zaniya Skeen, was next door at the neighbor's residence at 1122 Conley St. I observed a gray pit group style couch just inside the rear door of the residence and a partial projectile on the tile on the living room floor which appeared to have hair on it. There was a pool of blood on the tile on the kitchen floor near the refrigerator. I observed a cell phone in a pink and brown plaid case on the floor near two open bottom cabinets between the refrigerator and the stove. There were Publix groceries carried into the home and were in various places not yet put away. I observed another projectile lodged in the south wall of the home just to the right of the rear door frame and a few inches below the light switch. Both projectiles entered the home through the front door which faced Conley St. The front door was a blue four panel door and I observed one projectile entered lower on the left side of the door, just left of and in between the two left side raised panels. This projectile entered in a trajectory consistent with striking two of the cushions on the couch, causing stuffing to be forced out of one cushion, and then coming to rest in the south wall. The second projectile that entered Tanya's front door appeared to have struck the exterior column at the midway point before entering the front door in the center of the two top raised panels. The trajectory was higher and at an angle towards the kitchen where it appeared to have struck Tanya Skeen in the head. A third projectile struck the second window on the east side of the apartment after glancing off the window frame. The projectile grazed the front window pane but did not break the second window pane and did not enter the apartment. The projectile struck the left side of the window frame and ricocheted off the concrete stucco but was not located by Crime Scene Investigators. It's possible this round struck any of the men running in this alley and could explain why Ricky Harrison Jr. stated he was struck in the front of his right knee as he ran towards the rear of the buildings in this alley.

Just prior to leaving the scene to respond to ORMC, Corporal Payne handed me a statement from Security Guard CarlRobert Eddie Parker. I read his statement and met with him briefly on scene. CarlRobert stated he was not inside the Landings at Carver Court when the drive-by shooting occurred because he was inside the senior living center building near Carver Park. He stated he also did not hear the shots and only responded when he observed police activity arriving at the Landings. While walking back to the property, he stated he observed a dark colored four door sedan driving eastbound on Conley St crossing over S Westmoreland Drive. He described a young black male who was trying to catch up to the vehicle to enter it but was unable to. I verified the time line with Carlrobert and this occurred after the shooting had occurred as police were arriving on scene. Carlrobert had no information about the suspect vehicle involved in the drive-by because he was not there when it happened.

At 0014 hours on 4/17/16, Detective M. Fields and I responded to ORMC to obtain sworn testimony from the surviving victims of the shooting. I spoke with Detective M. Hatcher by phone and requested she respond directly to Florida South Hospital to interview the surviving victim there. She obtained an audio recorded interview from Wendell Edwards Jr. (aka Pooh) and then joined Detective Fields and I at ORMC while we were interviewing Cordarius Williams.

Upon our arrival at the emergency room at ORMC, the hospital was on lock down due to the shooting. I met with Reserve Lt. J. Holysz (6128) who was working off duty at the hospital when the patients were brought in.

I asked him what vehicles had transported patients to the hospital and if he could point out if any of the people still at ORMC had brought those patients in so I could ascertain if they were witnesses to the shooting. He stated a blue pick-up with an extended cab had brought in a black male who had been shot in the leg. He pointed out a large black male wearing a white t-shirt and long, blue jean shorts sitting in the ER lobby alone and stated he was the brother of one of the victims. I asked Lt. Holysz if he could get hospital personnel to obtain video of the patients being brought in and the vehicles that brought them in and he advised he would request this from Orlando Health Security.

I then made contact with the black male sitting alone in the ER lobby and introduced myself. I told him I understood his brother had been shot and asked if he could tell me what happened. I noticed his name on the sticker provided by hospital staff said Kendrick Harair. Kendrick wouldn't look at me and seemed visibly angry. I asked him how his brother was doing and asked him what he saw. He screamed at me saying he didn't see anything and then cursed saying, "Bitch, I ain't gotta tell you shit!" I then discreetly took a photo of him and his clothing in case it was important to the case later on. Kendrick's reaction seemed as though he felt responsible for his brother getting shot and angry at the men who did it. I told him I understood he was angry and asked him not to seek revenge and let me arrest the people responsible. He screamed and cursed again and then stormed out of the emergency room and left in an unknown vehicle. I asked hospital staff if he had provided identification and they stated he did not provide identification when they asked him and provided the name Kendrick Harair verbally.

We then interviewed victims Cordarius Williams, Daquan Lundy, and Daquan's cousin, Ricky Harrison Jr., who were all shot. Ricky stated his brother's name is Kendrick Hair, who was shot at, but not shot. We also interviewed Ricky and Kendrick's friend, Brandon Brown Dukes, and eventually, Cordarius' friend, Lee Ingram, who were present at the time, but not shot.

At 0033 hours on 4/17/16, Detective Hatcher obtained a sworn, audio recorded statement from victim, Wendell Edwards Jr. (Pooh) at Florida South Hospital. Wendell stated he was standing on the sidewalk outside of his residence at 1122 Conley St when a car pulled up and started shooting. He was standing with a large group of people and was shot in his left thigh. He believed *the vehicle was a gold four door* but stated he didn't see who was in it and would not prosecute anyone responsible for shooting him even if they were caught. He heard approximately twelve shots and did not provide any names of anyone else that was outside with him. Wendell was on house arrest at the time of the incident.

Detective Fields and I first interviewed Cordarius Deonta Williams (aka Dub) at 0039 hours and obtained a sworn, audio recorded statement from him. Cordarius was shot in the right rear calf and the bullet went through his leg. He was being released and was just waiting to speak to us. He stated he was brought to the hospital in a navy blue Volkswagen Jetta by his brother, Lee Ingram. He stated he and his friends went to "Pooh's" house to watch the NBA playoffs at 1122 Conley St where Pooh (Wendell Edwards Jr.) lives with his mother, Kim Bridges. There were approximately 11-12 guys there who all played basketball together in the past and some went to school and grew up together. They were all outside Wendell's residence hanging out talking in a circle. He stated he ran after he was shot to the rear parking lot where Lee was sitting in his car. Cordarius stated he heard about 15-20 shots before he was hit and only knew he had been hit because while running south through the alley away from gunfire, he fell.

Cordarius did not see where the car came from other than it was traveling westbound from the area of S Westmoreland Drive and Conley St. He only took notice of it when he heard the shots and could not really describe it. He stated he wanted to say it was maybe black or silver, maybe had black hubcaps but stated he didn't want to give me bad information because he really didn't know.

: 01725

He stated he believed it was an American made four-door car because it had two windows on the driver's side and he believed there were at least two or three shooters shooting from the vehicle because of hearing simultaneous gunfire. He stated from seeing the headlights he believed it was either *a Chevrolet Impala or Malibu.* He believed one of the suspects was shooting from the rear passenger compartment on the driver's side.

The vehicle did not speed down the street so they didn't take notice of it until the shots were already being fired. He stated no one returned fire at the vehicle because it happened too fast. Gino was standing under the tree by the pathway in between Wendell's house and the adjacent building. He stated Gino likely didn't hear the gunshots because he was wearing his headphones and listening to music. He advised Gino worked for the My Brother's Keeper program and he worked with him at the Parramore Kidz Zone at the Downtown Recreation Center. He described Gino as a laid back person with a kind heart. He stated Gino never started problems with anyone. Cordarius did not have any idea who these people were, who they were trying to kill or why. He stated Gino worked everyday and played basketball when he wasn't working. He stated they were hanging out all day and nothing happened so he didn't know who in his group of friends may have had a problem with the suspects in the car that prompted the shooting.

At 0115 hours, we interviewed Daquan Lundy, who was shot in his upper right arm and brought to ORMC by ambulance. He stated he and his cousins, Kendrick Hair, Ricky Harrison Jr., and their friends, Wendell Edwards Jr., Cordarius Williams, Gino Nicolas, and Brandon Brown Dukes, were all standing outside of Wendell's mother's apartment at 1122 Conley St talking to each other. They had been with each other outside periodically throughout the day since approximately 1500 hours. Daquan stated Gino had arrived approximately thirty minutes earlier and was hanging out with them, which he normally does not do unless they are playing basketball. He stated they were all standing in a circle talking when he heard at least ten shots being fired. Daquan stated he heard two different types of guns, one loud and one low, indicating a higher caliber and a lower caliber firearm, and stated the car was traveling westbound towards S Orange Blossom Trail. He observed it was a *mid-size American made car* and stated he believed it to be *a four-door*. He could not say what kind of vehicle it was but he thought it was "kinda silver" though he wasn't sure on the color. Daquan observed muzzle flash coming out of the back window on the driver's side he stated for sure. Daquan stated he did not know if they were targeted, why, or who could have been responsible for the drive-by shooting. He stated the last of his friends to arrive at their gathering prior to the shooting was Kendrick Hair, Brandon Brown Dukes and Ricky Harrison Jr.

At 0157 hours, we interviewed Ricky Harrison Jr., who was shot in his right knee which would require surgery. He stated he and his brother, Kendrick Hair, arrived to the get together in a blue pick-up truck that belonged to Brandon Brown Dukes who drove them over there. He stated Brandon and Kendrick picked him up from his grandfather's house on W South St to go over there and they had not been involved in any prior incidents, altercations, or had any problems with anyone prior to arriving there. They arrived approximately ten minutes prior to the gunfire and he didn't see the suspect car because he stated his back was to the road. He heard the gunshots, ran south through the alley and then fell. He jumped up and heard someone else say they were hit so he tried to run to them but then realized he had been hit as well. He stated his knee was shot from the front to the rear as he ran through the alley. He believed it was either Cordarius or Daquan who was yelling they were hit and he stated he did not see Gino get shot. Ricky limped towards the rear parking lot and Kendrick picked up him and carried him. He looked back and told Kendrick Gino was down. Kendrick carried him to the four door pick-up truck and put him in the rear cab of the truck. He agreed Kendrick put him in the truck and then ran back to the cut between the buildings. I asked him what Kendrick came back with and he stated nothing. He stated Kendrick jumped in the passenger seat and Brandon drove him to the hospital. Ricky stated none of them were able to fire back at the vehicle as far as he knew.

: 01726

He stated Brandon owns a 9 mm firearm but he didn't see Brandon with a gun and didn't see Kendrick with a long gun. Ricky stated he did not know who was being targeted and did not have any idea who or why anyone would shoot at them. I did not feel as though Ricky was telling us the truth and he seemed to be holding back vital information. During this interview, I remembered the information given to me by Freda Lopez at the scene when she stated a large black male carried another male to a large, dark colored pick-up or SUV and then carried a large, long gun to the vehicle before it left the rear parking area. I asked Detective Fields to step outside Ricky's hospital room and requested he stand by with Brandon Brown Dukes' blue pick-up truck and make sure the vehicle did not leave the hospital until we could obtain a search warrant or consent to search it for firearms in case any of the firearms in the truck had been used in the shooting.

At 0237 hours, after Detective Hatcher and I concluded our interview with Ricky Harrison Jr., we met with Detective Fields in the valet parking lot of ORMC outside the emergency department. Detective Fields was filling out a tow sheet to tow Brandon's truck and Brandon was visibly upset and wanted Detective Fields away from his truck. Detective Fields stated he went out to stand with the truck and Brandon Brown Dukes came after him screaming at him to get away from his truck. Brandon then lifted the center of his shirt exposing a firearm holster to Detective Fields who then drew his firearm and ordered Brandon to stop approaching him. Brandon stopped and told Detective Fields his guns were in the truck and he was licensed to carry them. Brandon did not want Detective Fields near his truck.

I spoke to Brandon away from Detective Fields and he calmed down. I advised him we were told there was a long gun in his vehicle and asked if that was true. He stated there were three guns in his truck, including the 9 mm he had been carrying in his waist holster. He reassured me he and his friends did not have a chance to fire at anyone and the long gun had been out but was not fired by anyone. He stated all three guns belonged to him. I requested he sign consent to search his vehicle for evidence so I could send those firearms to FDLE and prove they did not fire any of those guns at the scene. He agreed and signed consent. CSI Thomas and Detective Fields then searched the blue Ford F150 extended cab bearing Florida tag/826JXQ. CSI Thomas recovered a Smith and Wesson 38 revolver, a Taurus 9 mm, and a New Frontier Armory LW15 .223 rifle. The rifle had 29 .223 cartridges inside of it and the exterior soft cover had fresh blood on it as did the rifle stock. The Taurus 9 mm PT111 G2 semi-automatic had 12 9 mm cartridges and one in the chamber. The Smith and Wesson 38 special revolver was a 5 shot and was fully loaded. CSI Thomas also collected a bag of ammunition from the truck.

I then obtained a sworn, audio recorded statement from Brandon Brown Dukes at 0241 hours. Brandon stated Kendrick Hair actually drove Ricky to ORMC and he had to run after his truck as Kendrick was pulling away in order to jump inside the passenger seat. His keys were in the truck and he was standing near Gino trying to make sure he was ok. He stated he observed Gino had been shot in the hamstring area and near his shoulder. He was going to turn him over onto his back and carry him to his truck but other witnesses kept telling him not to touch him. Brandon stated he, Kendrick and Ricky had only been out front with their friends a minute before the shots were fired. I asked him if they maybe got into a road rage incident, had problems in traffic or were followed there by someone and he said nothing happened and he doubted they were followed. He stated they parked in the rear parking area, walked up front to join their friends and within moments the car pulled up. I asked Brandon if someone maybe had a problem with someone in his truck that may have caused this and he stated he doubted that was true, even though the shooting happened right when they arrived. Brandon stated he could not describe the vehicle but it was traveling east to west, headed towards S Orange Blossom Trail at a normal speed. He stated he did have his 9 mm in his waist band holster but it happened way too fast for him to react and he did not shoot back nor did anyone else. He stated at least twenty shots were fired at them and he assumed there was more than one shooter but he never saw a gun nor muzzle flash. He stated he tried to run but fell down next to Gino.

: 01727

He saw Ricky and Daquan were shot but did not see Wendell get shot and only observed Cordarius getting into a car to go to the hospital. He stated he grabbed Ricky, handed him off to Kendrick, and then returned to the front part of the alley to see who else was hit and to check on Gino. Brandon stated he did not have to go back and get the long gun but he does have a long gun in his truck. He stated he didn't see Kendrick with it either so he doesn't know how the neighbors observed a very large black male carrying a long gun and putting it in his truck after the shooting. He stated by the time he realized Kendrick was leaving he had to run the truck down and yell to Kendrick to get him to stop and wait for him.

I asked Brandon if Kendrick was worried or concerned about something he may have done to cause this because he refused to speak to me inside the hospital. Brandon stated he was walking his mother out to her car from the emergency room and everyone was just saying Kendrick was "trippin" and then he got into a car and left the hospital.

Detective Hatcher asked Brandon who drove to Wendell's (Pooh) house before the shooting and he advised he did. She asked him where he picked up Ricky and Kendrick and he advised they had been downtown together at the "Day Party" at a nightclub in downtown Orlando but he stated he could not remember the name of the club. I asked him where exactly they had been coming from prior to arriving at Wendell's in case they were followed and he stated they did not stop anywhere and came directly from downtown Orlando. I asked him if they got into any sort of altercation downtown and he stated no, he had no idea what this was about, and anyone near him could have something going on that he wouldn't know about. He stated he's with Ricky everyday so he didn't think it was him they were targeting.

We concluded our statement with Brandon at 0302 hours. Detective Hatcher and I then met with CSI Thomas and Detective Fields to see the weapons obtained from Brandon's truck. CSI Thomas showed us the blood on the Gander Mountain soft case for the .223 rifle, which appeared wet and fresh, indicating the gun was out near where everyone had been shot. It was unclear if the firearm had been grabbed after the shooting or was already out with these men prior to the shooting, but we had not observed any .223 casings on scene at that point.

At 0322 hours, I spoke with ORMC Chaplain Ramel and was advised Tanya Skeen was still in surgery and still listed in critical condition. Just prior to leaving ORMC, Lt. John Holysz handed me a disc with the video I had requested of the ORMC Emergency room and exterior ambulance bay which showed Brandon, Ricky and Kendrick Hair arriving in Brandon's truck to bring Ricky into the emergency room, what they were wearing that night, and what type of vehicle they arrived in. Detective Hatcher and I left ORMC at 0324 hours.

At 0333 hours, we arrived back at the scene to meet with Crime Scene Investigators and Sergeant Draisin. Detective Fields then left for the day and this concluded his involvement with this investigation. At the time of our arrival, CSI Kumza and Baumgaertner were working the trajectory rods on the two vehicles which had been shot up. I walked the exterior scene with CSI Baumgaertner and we discussed which items on the ground should be collected. At 0344 hours, Detective Hatcher and I left the scene in order to obtain Crime Line signs from OPD headquarters and locate the next of kin information for Gino Nicolas so we could advise his family of his death. At 0427 hours, we responded back to the scene and put out the Crime Line signs in both the front and rear of the two buildings where the shooting occurred.

At 0455 hours, we were advised by Sgt. Pina and Sgt. Draisin to speak with a woman who referred to herself as Chaplain May who lived in one of the buildings east of the scene. She requested to speak with us but did not wish to give her name or provide a written or recorded statement.

Chaplain May stated she heard the gunfire and wanted us to know it was semi-automatic gunfire and was more than nine rounds fired in rapid succession. She stated she's familiar with a .357 and did not believe that was the caliber she heard. She stated she ran down to assist the men who were shot and she was the one who told everyone else not to move Gino because he was hurt so badly and to wait for paramedics. She stated when Tanya's daughter came out of their back door screaming her mother had been shot, she ran to assist her and took the bloody cordless phone from her hands so she could tell 9-1-1 dispatchers what was happening. She stated Rashika was holding her mother and screaming so she tried to tell her to lay her down and keep her still until paramedics arrived. She stated the cordless phone ended up outside the home on the ground because she tried to hand it to an arriving police officer who set it down and ran into the home to assist. Chaplain May had no suspect information and we left the scene again at 0551 hours.

At 0652 hours, we met with the family of Gino Nicolas at his parents' home where Gino was living. We met with his mother, Edith Saint Fleur, and father, Rosbellande Saint Jean, who Detective Hatcher spoke to in Creole. Two of Gino's four sisters were also at the home, Naomi and Angel Nicolas. We explained to the family what happened and what we knew. They had already been to Orlando Regional Medical Center and learned about his death through Angel's friends who heard about it first and called her. They stated Gino had come by in the afternoon after work and changed his clothes to play basketball, grabbed his basketball and left again. They told us Gino had just graduated from college at FSU and was working for the My Brother's Keeper program for the City of Orlando. They all stated Gino was well liked and respected in the community and did not have any enemies. They stated he would only be hanging out with those boys because he mentors them and grew up with the "One Way Boys" on W South St before they moved to the Pine Hills area. They did not believe Gino was the intended target of the shooters and was likely in the wrong place at the wrong time. We left the residence at 0721 hours.

At 0821 hours, we met with Wendell's (Pooh) mother, Kim Bridges, who had her vehicle shot up in the drive way. She stated every time Kendrick Hair comes over there he brings trouble and she felt the shooting had something to do with him. She stated Kendrick had a big gun and she heard him say "we never should have gone to the day party." Kim stated her son and his friends had been standing under the tree outside her residence since 1500 hours without any problems from anyone. It wasn't until Kendrick arrived that shortly thereafter, the gun fire erupted.

At 0905 hours, we arrived at the District Nine Medical Examiner's Office for the autopsy of Gino Nicolas. He suffered three gunshot wounds to his left outer scapula, left lower buttock, and right inner calf. Dr. Hansen performed the autopsy and advised his manner of death was homicide. We left the Medical Examiner's Office at 0941 hours.

At 0955 hours, Detective Hatcher and I arrived back at the scene for the final walk through with Crime Scene Investigators and to begin the canvas of the neighbors. We canvassed the homes facing Conley St from Tahoe Alley to Woods Ave. Some neighbors heard the gunfire and some did not. We met with Latoya Johnson in the last apartment closest to the office. She stated she observed a gray Volkswagen Jetta or Passat when she exited her apartment to go get her young son from Kim Bridges' home after she heard gunfire. She told us to come back and speak to her daughter, Kayla, because she believed Kayla had seen the suspect vehicle and was saying it was a brown Chevrolet Malibu. Latoya stated her daughter knows cars and had just walked in their door right before the shooting and was the first one out of her door after they heard the shots so she likely saw the right vehicle.

Also during the canvas, we met Tanya's 12 year-old daughter, Zainya Skeen, who was staying with a neighbor. Zainya advised she was in her bedroom and her older sister, Rashika, was in her room when their mother was shot in the kitchen. She didn't see what happened and stated Rashika was at the hospital and her mother was still in surgery.

: 01729

She stated her 6 year-old brother, Zayveon Skeen, was visiting with their cousin, Calvein Louisma, at the time of the shooting in another part of the complex. Zainya stated she heard the shots but did not see what happened and when they came out of their rooms, they found their mother on the kitchen floor. She went to the neighbors after her mother was transported to the hospital and Rashika went to the hospital where she was still waiting to hear if her mother had survived the surgery. The resident where she was staying, Iola Flowers, advised she was in the house when she heard approximately fifteen shots and observed a black male with a big, black long gun in the alley between their buildings. She stated she looked out and saw him standing by her door. We had already determined this to be Kendrick Hair.

After Johnson's Wrecker arrived to tow Gino's champagne colored Chevrolet Malibu from the rear parking area behind the buildings, we released the scene at 1103 hours. At 1400 hours, Detective Hatcher notified the on duty Orange County Victim Advocate of our case and provided the information for Gino and Tanya's family members as well as the information on our living victims. I contacted the Department of Children and Families to advise them of Tanya's condition and requested their assistance with Tanya's children for housing and essentials. I spoke to DCF operator Kristen (961) at 1410 hours, who advised they would accept the report and notify an investigator to assist the family. At 1429 hours, I spoke to Gino's sister, Naomi, who advised her husband, Robert Monroe, had heard some information about the suspects. She stated he heard the driver of the suspect vehicle was a man named "Truck" who has a Facebook page. He heard it was retaliation for a fight at a club called Ono downtown. Someone was beat up and they went to get their boys and came back.

At 1547 hours, I asked downtown bike Officer Nick Collins where the day party was held on Saturday night and he stated the day party was held at Ono and he heard officers there call out with a fight at approximately 2000-2030 hours. He stated the officer working off duty called out a fight and some of the downtown bike officers responded to it so it should be in our database. He advised I should call Officer Piccirillo who was working at the time because he thought he heard his voice on the radio responding to the nightclub for the fight. I asked Officer Collins if he could check with his informants and see what they had heard happened that caused the shooting. Officer Collins found out a suspect named "Chunk" was in a fight at the day party at Ono and lost so he came by the Conley Street address to kill the man who beat him. When he realized he couldn't get the man alone, he shot up the entire group of them. Officer Collins looked up the fight he remembered hearing and stated the officer working off duty called out the fight at 2018 hours and the call was cleared at 2032 hours. That officer was later determined to be Officer Ben Stanaland.

On 4/18/16 at 0955 hours, I received IRIS camera video from the intersection of S Orange Blossom Trail and Cypress St. which is one block and approximately 338 feet from the intersection of S Orange Blossom Trail and Conley St. Witnesses interviewed advised the suspect vehicle drove westbound on Conley St through the intersection at Woods Ave and continued westbound. The vehicle could have turned northbound on Grove Ave or Easy Ave without anyone noticing but most witnesses believed the vehicle had continued to S Orange Blossom Trail. The IRIS footage at this intersection did show one vehicle emerge off of Conley St, possibly right after the shooting, and pull out in front of oncoming traffic at 2124:47. The white van/suv approaching Conley St northbound had to take evasive action moving towards the center line when this vehicle emerges off of Conley St and pulls out quickly. This vehicle then appeared to have turned east onto Carter St and either continued eastbound or entered the toll plaza for SR 408 East. There was no IRIS camera available on Carter St in order to ascertain if the vehicle continued in that direction. The next vehicle that comes off of Conley St appears at 2128:51, after police have arrived at the scene. I obtained a court order to produce toll records issued to the Central Florida Expressway Authority requesting all transponder reads and toll violations regarding a beige/brown, gray/silver car entering SR 408 ramp from Carter St and S Orange Blossom Trail on 4/16/16 between 2115 and 2135 hours, including all video and still photographs. The order was signed by the Honorable Judge Leblanc on 4/18/16 and submitted to Paul Schatz at 1342 hours.

: 01738

Paul provided the toll violation photos in black and white and I observed what appeared to be a light colored Chevrolet Impala bearing Florida tag/0107JR. The license plate was registered to a gray 2003 Chevrolet Impala to Siaxe James Starks from Winter Springs, Florida. The toll violation took place at 2124:19 hours and the vehicle appeared lighter in color than the vehicle coming off on Conley St at 2124:47; the more likely suspect vehicle. Because this vehicle was listed as a gray Chevrolet Impala and was in the area around the time of the shooting, we ran this down as a possible lead in this case. I ran the owner of the vehicle for warrants and he was wanted on an outstanding warrant in Alachua County for failure to appear for possession of not more than 20 grams of marijuana. I requested our fugitive team track down Siaxe James and his vehicle.

I also received the IRIS camera footage for Orange Avenue and E Central Blvd and watched the intersection for police response to the fight at Ono. The patrol vehicle with its lights on parked on the east side of S Orange Ave is assigned to Officer Ben Stanaland who was working off duty at Ono and was the officer that called out with the fight occurring inside the club at 2018 hours. On the IRIS camera footage I could see Kendrick Hair wearing the same large white t-shirt, long blue jean shorts and white tennis shoes he was wearing when I met him at ORMC. He appeared on the driver's side of the patrol vehicle at 2018 hours and walks behind the vehicle into the street. He pulls up his shorts and then stands on the sidewalk at the intersection of E Central Blvd and S Orange Ave. He has already walked by the front open window of Baba's restaurant. Kendrick paced from the sidewalk, back into the street, and then back to the sidewalk. At 2018:49 hours, Kendrick's brother, Ricky Harrison Jr., walked down to meet him at the intersection and appeared to be talking to a man standing behind the police car who's not wearing a shirt and is on a cell phone. The man without a shirt on is a tall, thin, black male who walked into the middle of S Orange Ave raising his arms and appeared to be yelling back at Kendrick and Ricky with his cell phone in his left hand. He's wearing long, dark pants or jeans and is visibly upset as he almost walked right into a van trying to come through the intersection. He went off camera for a moment and then reappeared as Kendrick Hair made his way into the same intersection to meet him as if to start the fight over again at 2019 hours. Officer Stanaland yelled at them and Kendrick looked back at the officer and turned away to walk back to the sidewalk. The tall man not wearing a shirt, walked back towards the two bike officers who have arrived and are behind the patrol car. This man was later identified through video and investigative means as Lavon Rashard Shinn. Lavon walked past the officers and continued to act angry and upset while on his cell phone. The three officers stayed between Kendrick, Ricky and Lavon so they cannot start the fight again. Lavon walked back over towards the front of Ono and eventually to the west sidewalk in front of Jimmy Johns Subs. Two more officers arrived at 2020 hours but at this time, Kendrick and Ricky have joined Brandon Brown Dukes and another man and they walked together south on the west sidewalk towards Pine St. Lavon is standing in this same general area when they walk past him and words are exchanged. Lavon stayed near a pole on the west sidewalk in front of Harbor Community Bank talking on his cell phone until he walked north and then west in front of the Harbor Community Bank ATM surveillance camera at 2025:57 hours, using his left hand to hold his phone to his right ear.

Also on 4/18/16 at 1000 hours, I received a tip which advised "Chump" was responsible for the shooting on Conley St that killed Gino Nicolas. They stated Gino was an innocent bystander and "Chump" was jumped by a group of boys at the day party at club Ono. The tipster stated "Chump" followed the boys to the party in the Parramore apartments and when he saw them, he opened fire. The tipster did not have "Chump's" real name at the time the tip was provided.

At 1416 hours, Sergeant Draisin advised he received a voicemail from an elderly woman who wished not to get involved but stated she lives in the area and had received some information through her granddaughter about the suspect responsible for the shooting on Conley St. I called her and she stated she had learned "Cump" or "Chump" got into a fight and her granddaughter told her "Cump" or "Chump" killed Gino. She stated "Cump" supposedly had a relative who stays in the Bentley St and Livingston St area in north Parramore.

: 01731

At 1600 hours, Detective Hatcher and I met with Connie Royer, an administrator with the Parramore Kidz Zone located at the Downtown Recreation Center at 363 N Parramore Avenue. Connie advised the PKZ Children and Education Program Manager, Brenda March, had met with the PKZ staff that morning, including Cordarius Williams, who had been shot in the drive-by. She stated Kendrick Hair and Ricky Harrison, who are also part of the staff, were not in attendance. We requested to speak with the staff and were referred to Denise Riccio, Brenda March or Lisa Early with the City of Orlando Parks and Recreation Department. Upon leaving the facility, we met with Cordarius Williams again in the parking lot who was on crutches but still reporting to work. We asked him if he had heard anything on the street which could help us and he stated nothing he had not already shared with us. We asked him to try and get the staff to talk to Kendrick Hair and get him to cooperate with the investigation and he stated Kendrick would likely never speak to us because he's too angry and is acting out like he feels guilty about what happened.

At 1627 hours, Detective Newton in the Orlando Police Robbery Unit advised he was receiving information from a confidential informant who advised "Turk" or "Chump" and his brother, "Truck" were responsible for the drive by shooting on Conley St. The CI advised Detective Newton "Truck" was Christopher Miller and "Turk" or "Chump" was Rashard Levon. He stated Christopher has dreads, tattoos, is short, is a professional boxer and drives a Chrysler. He advised Rashard is tall, brown skinned, and also drives a Chrysler. The informant also stated Christopher Miller used .40 caliber ammunition in a .45 caliber firearm in the drive-by shooting. This informant sent Detective Newton screen shots of the Facebook and Instagram pages for "Turk" under Freeband_Junky (Instagram) and Michael Jordan (Facebook). He sent Detective Newton screen shots of "Truck's" Instagram page Ricostory_24 and Facebook page under Christopher Rico Miller. I was familiar with Christopher Vincent (Rico) Miller from a prior investigation in December of 2015 and I was aware he posts videos of himself with a lot of guns and has a concealed weapons license. I had requested patrol obtain a Field Interview report on him when his name surfaced in a murder investigation in 2015. At that time I was sent photographs of him, the black Firebird he drove at the time, his concealed firearms license, and his Glock .45 handgun. His name had also surfaced in another homicide in Orange County's jurisdiction.

Detective Hatcher and I responded to downtown Orlando to obtain video footage from Ono and surrounding businesses in order to capture before and after the fight at Ono, to see who was involved in the fight, and to ascertain if this was possibly related to the case. Ono was not open on Monday and I made several requests through their management and off duty officers to allow us access to obtain their video between Sunday, 4/17/16 and Tuesday, 4/19/16. At 2040 hours on 4/18/16, we were able to obtain video of the aftermath of the fight from Babas Restaurant located at 1 S Orange Ave, next door to Ono. Their surveillance system was approximately one hour and two minutes behind Naval Observatory time and my cell phone read 2051 hours when their surveillance system read 07:49:05 PM. On their surveillance system, I observed Kendrick Hair enter S Orange Ave at 07:15:17 hours which is approximately 2017-2018 hours actual time. I observed Ricky and Lavon on their system at 7:16:04 or 2018 hours actual time. This was consistent with what I had observed on the IRIS camera footage from the same intersection.

Detective Hatcher and I canvassed Avenue Gastro Bar, Panino's Pizza, Dapper Duck, Downtown Pourhouse, Jimmy John's, Ember, and Orlando Fire Department Station One for cameras and eventually was able to obtain surveillance footage from Ono, Baba's, Panino's Pizza, Orlando Fire Department Station One, the camera at OPH which faces N Garland Ave, the IRIS camera at N Garland Ave and Central Blvd, the parking structure attached to Harbor Community Bank and the ATM video from Harbor Community Bank.

On 4/19/16 at 0945 hours, Detective Bruining with the Orlando Police Department Fugitive Unit advised he had arrested Siaxe James Starks at his home in Winter Springs and was also out with his light gray 2003 Chevrolet Impala.

: 01732

We spoke to Siaxe's father, James Starks, at the home as well and advised him and Siaxe we were towing the vehicle for processing for possible involvement in a crime in Orlando. Winter Springs Police transported Siaxe Starks to their department for an interview. Detective Hatcher and I obtained an audio recorded statement from Siaxe from approximately 1124 hours until 1241 hours. Post Miranda, Siaxe ran through his timeline from Friday night through Saturday night and advised he was home with his Dad and sister on Saturday. He watched the NBA playoff game at noon at then went to see his friend, Antonio White, in Lake Mary between 1530 and 1830 to watch the afternoon playoff game. After leaving Antonio's home in Jamestown, Siaxe stated he drove to 1929 Orange Center Blvd because he called his friend, Eric Hampton, to see if he was in Altamonte at his girlfriend's house. Eric told him he was at his grandmother's house for a cookout and invited Sixae to come over. He stated he arrived there sometime around 1900 hours and hung out with Eric and his family until approximately 2100-2200 hours. He stated he left and headed down to St. Cloud to see his friend Tiffany and texted his sister on the way because she was headed to prom. Siaxe stated he and Eric never went anywhere in his car and neither did he and Antonio. He was alone in his vehicle the entire day and night and went to St. Cloud to spend time with Tiffany late that night and got home between midnight and 0100 hours. James Starks stated his son did come home between midnight and 0100 hours. Siaxe allowed me to look through his entire cell phone for information in his GPS, text messages and call log which would confirm the timeline of events as he answered our questions. Siaxe was very cooperative and on point with all that he remembered about where he was and when. He had never heard of the day party, stated he had never been to it, and had never heard of Gino Nicolas. I showed him single photos of the men who were victims in the shooting and he stated he did not know any of them, nor did he know Christopher Miller or Lavon Shinn and stated none of those men had ever been in his vehicle. We concluded the interview with James and verified his whereabouts and time line with his friends. He had consented to a search of his vehicle which was done by Crime Scene Investigators. Nothing of evidentiary value was located and the vehicle was turned over to James Starks.

On 4/19/16 at 2015 hours, Detective Hatcher and I stopped at 810 W South St to meet with Mr. Harrison (Peeko) who is the grandfather of Kendrick Hair, Ricky Harrison and Daquan Lundy. We asked him if he could assist us with getting Kendrick to discuss what happened at Ono, at the shooting and why. We also asked him to speak to Ricky and Daquan and advise them to tell us the truth. While speaking to him, Kendrick Hair walked in and stormed to the rear of the house as Mr. Harrison ordered him to meet with us. He refused and eventually slammed a chair down at the table we were sitting at with his grandfather, screamed and cursed, and then stormed out of the house. The family knew these boys knew what happened and why and stated they could not get them to tell them the truth either.

At 2100 hours, we met with the management at Ono nightclub along with Shawn Williams, from our video forensic unit to obtain the video from the night of the fight and subsequent shooting. The video time was behind by 12 hours 3 minutes. Our cell phones showed 2125 hours while the video showed 0928 hours.

On 4/20/16 from 1920-2100 hours, Detective Hatcher and I canvassed the neighborhood again to seek out anyone we had not already spoken to the first time. Several people advised they heard the shots, came home after police arrived or were not at home at the time of the incident.

On 04/21/16 at 1156 hours, I spoke to Chaplain Nicoleau at Orlando Health who advised Tanya Skeen's family was meeting with Translife to discuss organ donation. He advised she was brain dead and if the family decided on donation the procurement could take one to two days. At 1620 hours, Medical Examiner Investigator Boren called Detective Hatcher and advised Dr. Michael Cheatman at Orlando Health had pronounced the death of Tanya Skeen on 4/20/16 at 1549 hours. They advised they would be procuring organs for donation prior to the medical examiner being able to retrieve her body.

:01733

At 1530 hours, Detective Hatcher, Shawn Williams, and I met with Ray Jordan at 2 S Orange Ave to obtain video from the parking garage.  We pulled up the time frame after the fight at Ono on 4/16/16 and observed Lavon Shinn walking into the parking garage without his shirt on at 2020 hours, but this clock is six minutes slower than Naval Observatory time, so the actual time he walked into the parking garage was 2026 hours.  He left in a red Chrysler Crossfire at 2028 hours and by 2126 hours, calls were being made to 9-1-1 about the shooting on Conley St where Ricky, Kendrick and Brandon had just arrived to meet with friends moments earlier.

At 1553 hours, Detective Hatcher and I met with Jacques at the Orlando Housing Authority office building for the Landings at Carver Park, located at 1190 Conley St.  The cameras for this building were 1 hour and 52 minutes ahead of normal time.  The cameras on the front of the building did not reach the area of the shooting and did not cover the street to capture the drive by vehicle.  On camera 15, we did observe two guys running to the blue Ford F150 and observed the truck leaving the complex quickly at 2319 hours, which was actually 2127 hours.  Eric Hernandez with the Orlando Housing Authority technology management met with us and agreed to meet with Shawn Williams to pull the footage from their office.

At 1630 hours, we responded to 21 S Orange Ave to obtain the video I had requested from the owner of Panino's Pizza, Souhil Maasoug.  The camera footage at Panino's was 6 minutes behind, advising 1641 when it was 1647 on my cell.

Between 1820-1900 hours, Detective Hatcher and I attempted to locate Lee Ingram for an interview and attempted to pull video from Big B's at Conley St and Westmoreland Ave as well as from the John H Jackson Community Center.

At 1935 hours, we obtained a sworn, audio recorded statement from Lee Donovan Ingram Jr. at 509 Boston Avenue.  Lee stated on 4/16/16, he saw his friends hanging out on Conley St between S Westmoreland Drive and Woods Ave and decided to stop.  He parked his girlfriend's blue Volkswagen in the rear of the apartments and stayed in the car looking at Instagram and Snapchat.  When he rode by on Westmoreland Dr he saw "Pooh" outside and a group of boys with him.  He stated he heard a lot of shots within 5 minutes of arriving in the rear parking lot but was not able to see the vehicle or the shooters.  He got out of the car and saw people saying they were shot.  He saw Cordarius limping and saying he had been hit so he helped him get into his car and drove him to Orlando Health for treatment.  He also saw Daquan but did not transport Daquan to the hospital.

Some people had told us Kendrick Hair was telling them he was in the back parking lot talking to Lee at the time of shooting and that's why he didn't see anything.  Lee stated he did not speak to Kendrick but knew he was there with Brandon because he saw Brandon's blue truck parked in the back.  He stated he heard people saying the suspect vehicle was a beige 4 door.  He stated he heard Kendrick, Ricky and Brandon were in a fight at the day party but he didn't know anything about it and wasn't there.  We concluded our interview with Lee Ingram at 2004 hours.

At 2014 hours, we checked for more cameras in the area of S Orange Blossom Trail and Conley St.  At 2025 hours, we checked the Orange Inn Motel at 737 S Orange Blossom Trail.  We met with Tarek and Joel and requested footage from cameras 3 and 8 which showed a portion of S Orange Blossom Trail.  We requested 4/16/16 from 2100-2200.  Their video surveillance system was ahead approximately 9 minutes.  Our cell phones read 2020 and their system read 20:29:05 hours.

At 2206 hours, Detective Hatcher and I interviewed Officer Todd Funke who works downtown bike patrol and had responded to the fight at Ono on 4/16/16 along with Officer Picarillo when Officer Stanaland called out the fight.

: 01734

When Officer Funke arrived at Ono, he stated he focused on the black male standing in the middle of S Orange Ave without a shirt on (Lavon Shinn) and stated he was at least 6' with a very slender build and a chin strap long beard. He attempted to talk to him but stated the man wasn't interested in speaking to him because he was yelling to whomever he was talking to on his cell phone.

Officer Funke watched Lavon pace back and forth across S Orange Ave and stated he stayed on his cell phone the entire time and spoke angrily. He stated he could not hear what he was saying but he seemed very angry and animated as he spoke. He observed him exchange words with Kendrick Hair and Ricky Harrison Jr. when he first arrived on scene but because there were three officers there, the men did not start the fight up again even though they approached each other in the middle of S Orange Ave as if they were about to fight again. Officer Stanaland stayed near Kendrick and Ricky while Officer Funke kept an eye on Lavon Shinn. The officers stated all of the men were not interested in telling them what happened nor would they speak to them so they could not properly investigate the fight or ascertain what had occurred. They stated Kendrick responded, "I'm good" and Lavon Shinn waived them off when they tried to talk to him. For the next 10-15 minutes, Officer Funke stated Lavon walked up and down the west sidewalk on S Orange Ave on his cell phone.

Officer Funke stated he had also responded to the shooting on Conley St when he heard it go out. He and Officer Piccarillo responded by patrol car to see if they could assist. He stated when he arrived, the crime scene was being established and they were requested to stand in the rear parking area on Tuscan St and stop pedestrians from entering the crime scene. Officer Funke looked at the buildings in the rear to see if any of them had been hit. He noticed the rear of 1123 Cypress St had a bullet hole through their rear door. He made contact with the residents and they advised they were fine but there was a bullet on their living room floor. Officer Funke also made contact with the residence to the east of 1123 Cypress St and observed a second floor window had been shot. He then observed a bullet had struck the rear of the next eastern apartment. He met with a female resident inside and she stated she heard the commotion but didn't see anything. He advised her a bullet had struck her rear door frame and to remain inside while they investigated the shooting. Officer Funke briefly looked for this round which had struck the concrete wall and did not locate it. He then responded back to 1123 Cypress St and advised the family there he needed to stand near the bullet on their floor until it could be collected by Crime Scene Investigators. He stated the two females in the residence told him they were baking a cake when they heard loud booms, yelling and screaming. They then observed a hole in their back door where the bullet had entered and bounced across their floor. Officer Funke obtained a statement from resident Sergio Rivera who stated he was upstairs when he heard the gunshots. Officer Funke also obtained a statement from Jeanette Rivera which was written by her daughter, Janelle Rodriguez.

Officer Funke stated Officer Piccarillo was outside initially and then responded to assist at Orlando Health. Officer Funke stated neither he nor Officer Piccarillo had any idea the homicide scene they responded to had anything to do with the fight they had responded to an hour earlier downtown until I called them for interviews. We concluded our interview with Officer Funke at 2249 hours.

I had obtained an arrest warrant on Brandon Brown Dukes for lying in the investigation during his initial interview. Brandon was arrested on this warrant by the Orlando Police Fugitive Unit on 4/26/16. He was brought to Orlando Police Criminal Investigations for an interview and placed in room 4. As part of the investigation into the fight and the shooting which led to two deaths, I seized Brandon's iPhone for a search warrant after he refused to provide consent to search the phone or the cell phone unlock code. Detective Hatcher and I began this second interview with Brandon Brown Dukes at 1113 hours.

: 01735

Post Miranda, Brandon admitted he lied to us about nothing happening at the Day Party downtown prior to the shooting and murder of Gino Nicolas and Tanya Skeen. I explained to Brandon his lying to us set the investigation back several days as we had to figure out where the day party was, if there was a fight, and pull video from surrounding businesses to see who was involved in the fight. This could have been accomplished immediately if Brandon, Ricky, and Kendrick had told us right after the shooting they were in a fight at Ono with Lavon Shinn. We had to use other means to identify Lavon Shinn because these three boys refused to tell us the truth about what happened. I explained to Brandon the video showed him cold cocking Lavon Shinn while he's being held by security and unable to defend himself. He stated he, nor any of his friends, knew who was responsible for the shooting and he did not want to assume it had anything to do with their fight in the club an hour earlier. I asked Brandon who he was hitting and why and he stated he did not know the dude but hit him because Kendrick did and Kendrick is his boy. Even though Kendrick is a very large man and was handling Lavon without a problem, Brandon and Ricky still jumped into the fight and struck Lavon as well. Brandon stated it did not matter whether or not Kendrick was winning or losing, he was going to fight the man he didn't know if his close friends were fighting him. He stated he never asked Kendrick and Ricky before or after the fight what it was about. Brandon stated he did not tell us about the fight because he couldn't say for certain who was in the car during the drive-by and did not want to jump to conclusions. I told him we heard they all lied to us because they intended to handle it themselves and they did know who was in the car and what it was about.

Brandon stated they didn't talk to each other about the fight afterwards because Kendrick was mad and wouldn't talk. He was upset he lost one of his chains in the fight. Because Brandon stated he did not know the man he hit at Ono, I showed him a photo line-up which included Lavon Shinn, and Brandon stated "I can't tell you. The dude we were fighting had a skully on and it got knocked off his head." He stated he was a black male in VIP and he was standing in the lower section when the fight started. He could not or would not describe his height, weight, hair or facial features and just kept saying "I don't know what he looked like. I don't know him."

## THE INVESTIGATION

After we learned Brandon, Ricky and Kendrick had attended what Brandon referred to as the "Day Party" in downtown Orlando at a club called "Ono" earlier in the evening; we began to investigate the fight as a potential motive in this case. According to our police records, Orlando Police were called to club Ono at 1 S Orange Avenue on 4/16/16 at 2018 hours, when Officer B. Stanaland called out a fist fight at the club and requested back-up. Officer Stanaland was working off duty at the club and bouncers from Keys to the City were providing indoor security. We pulled video from inside club Ono and from the IRIS camera located at S Orange Ave and E Central Blvd. We observed Kendrick Hair walk up to Lavon Rashard Shinn immediately after entering the nightclub. Kendrick was followed by his brother, Ricky Harrison Jr., and his friend, Brandon Brown Dukes.

Kendrick approached Lavon, who was standing in the VIP section, and immediately got in Lavon's face, exchanged words with him, and then started punching Lavon. Ricky and Brandon joined in and all three men punched Lavon while bouncers grabbed them to break it up. They were all kicked out of the club at 2015 hours on surveillance video by bouncers.

When we interviewed Ricky and Brandon, neither of them mentioned the fight and only Brandon mentioned they had just arrived on Conley St from the "Day Party" but stated he did not know the name of the club. The video showed them enter the club, walk up to Lavon, and then Kendrick immediately started yelling and hitting him. It was clear they knew who Lavon was and they had a prior problem with each other.

: 01736

Brandon, Kendrick and Ricky all denied they knew of any problems at all which may have caused the shooting on Conley Street even though the shooting happened within moments after they arrived from downtown Orlando after they had been in a fight. The rest of their friends had been standing outside all afternoon and evening without any problems from anyone.

Sworn testimony was obtained from witness K. Johnson who indicated the only vehicle she observed immediately after the shots were fired was a brown Chevrolet Malibu. This witness stated the driver's side window was down and the vehicle was really clean. She stated it looked almost exactly like her neighbor's Chevrolet Malibu that she used to own which was a black 2011 Chevrolet Malibu LS. She did not see anyone shooting from the vehicle because the shots had already been fired at her neighbors before it passed her apartment. The vehicle was driving quicker as it left the area of the shooting and then drove slowly past her home as it approached the intersection of Conley St and Woods Ave. She observed the vehicle stop at the stop sign and then continue westbound. She stated it appeared to be occupied by two-three black males. She could see a man driving and a man in the back seat and believed there must be a man in the front passenger seat as well since there was someone in the back seat but she couldn't see that seat. She stated it was too dark to be able to describe them. She then observed her neighbors had been shot and ran down to assist them.

Detective Hatcher and I obtained sworn, audio recorded testimony from Officer Stanaland who was working off duty at the "Day Party" as well as from Officer Funke and Officer Piccirillo who responded to Officer's Stanaland's request for assistance. The officers observed a man without a shirt on in the middle of the street (Lavon Shinn) and observed he was on his cell phone pacing back and forth across Orange Ave texting and calling people. They stated he seemed very upset and angry about the fight but refused to speak to them or advise what happened. They observed Kendrick Hair and Ricky Harrison as well but they both stated they were fine and did not need police assistance. I showed the video from Ono and from the IRIS cameras to the officers and they all agreed this was consistent with the behavior they observed from these men after they were removed from the club. I then showed them the video from ORMC after the shooting on Conley St and they recognized Kendrick Hair and Ricky Harrison as the two men who were involved in the fight at Ono approximately an hour earlier.

According to Officer Stanaland, Lavon removed his shirt once he was ejected and threw it on a planter near his police vehicle. Officer Stanaland picked up the shirt later on and observed it was a dark blue plaid button-up shirt that was ripped likely as a result of the fight. Officer Stanaland left the shirt on the planter in case Lavon decided to return for it. Officer Funke and Officer Piccirillo responded to Officer Stanaland's request for back-up.

During the first few days of the investigation, I received multiple anonymous calls and tips advising the fight at the Day Party was the motive for the shooting on Conley St an hour later. Some of the men shot and shot at on Conley St are known in Orlando as the "One Way Boys" from growing up on W South St, which is a one way street. The information we received was the One Way Boys had robbed Lavon Shinn in the past and recently had a feud over money they owed Lavon and didn't pay him. The ongoing feud was mostly from Daquan Lundy supposedly robbing Lavon in the past and Kendrick Hair and Daquan not paying Lavon money in some sort of fraud they were all involved in with cell phones. We eventually obtained sworn testimony which supported the information we were receiving. Three witnesses advised they believed the fight at Ono and the shooting on Conley St were related to Kendrick and Lavon arguing and threatening each other in March at the Magic Mall where Lavon reportedly lifted his shirt and showed Kendrick a gun and Kendrick responded by telling Lavon the next time he saw him he was going to "kick his ass." This supported why Kendrick walked into Ono, found Lavon, and started hitting him as soon as he saw him at the club.

In researching Lavon Rashard Shinn on social media, his Facebook page is under the name Michael Jordan. I located a police report from the Seminole County Sheriff's Office dated 3/16/16 which stated two women who live in Apopka in Seminole County met Lavon Shinn on Facebook and one of them invited him over. He arrived in his red Chrysler Crossfire and got upset with the woman he was there to meet because her sister was home. Lavon pulled a gun on the sisters and left. He then texted one of them and stated, "I should shoot yo shit up fa tryin me hoe" meaning shoot up her house, which is exactly what happened on Conley Street when he was mad about getting beat up at Ono and wanted to retaliate against Kendrick, Ricky and Brandon. The text the victim received from Lavon Shinn was from phone number 407-480-7567 and this was also the same number she had been communicating with him on prior to him arriving at her home and pulling a gun on her. A check of the Accurint law enforcement database also showed Lavon Shinn to be the subscriber of this phone number. Lavon's Instagram account is under freeband_junky and he posted a comment on 8/28/15 on jazziialexia's Instagram page with this same number asking her to call him.

Between Sunday, 4/17/16, and Tuesday, 4/19/16, I received anonymous calls and Crime Line tips all saying the shooters were "Truck" Christopher Vincent Miller, and his brother, "Turk, Chump or Cump" Lavon Rashard Shinn. We immediately began monitoring their social media pages and heard the community was calling them out on Facebook and Instagram as the people responsible for the shooting on Conley Street and Gino's death. Lavon posted a photo of Gino Nicolas on his Instagram page on either 4/17/16 or 4/18/16 and people were calling him out to take it down because he and Christopher were responsible for Gino's murder. Lavon responded by posting another picture saying "How niggas look when they gossip about other niggas." The photo depicted a woman's vaginal area in place of a man's mouth.

I was familiar with Christopher Vincent Miller from a prior investigation and I was aware he posts videos of himself with a lot of guns and has a concealed weapons license. I looked at his Facebook page on Monday, 4/18/16, and Christopher posted a video of himself and asked everyone to share it. He stated he just woke up and found out everyone was insinuating he and his brother had something to do with the shooting across town.

He stated, "First of all, I don't even fuck with One Way, second of all, I don't even know them boys, third of all, I'm in my own lane and I ride my own speed. So ya'll poor ass niggers and ya'll bald headed ass hoes, stop saying me and my brother name. How the fuck Turk did a shooting when he was downtown *when he got jumped* and the police were still questioning him when I pulled up? How the fuck did I have anything to do with the shooting when I left my house and got straight downtown at 10 o'clock and I was in front of the pizza parlor? Come on, man, ya'll gotta add up the timelines. Like a bitch just wanna say he had something to do with it *because he got jumped* and I had something to do with it because *I have guns.* Check this out (holds up his concealed weapons license) for all you fuck niggers and all you poor ass hoes and you bald headed ass niggers, I have gun license, so it's nothing. Ain't no felon over here. So if the police do wanna talk, tell em come on. It's fuck12 but tell em to come on cause a bitch not fixin to insinuate me and my brother in a fucking murder case. Now what the fuck is y'all talking about? Keep my name, keep our name out y'all fucking mouth. And if a nigger want that pressure, bruh, you already know what time it is. You already know a nigger living like that so it's nothing. You make sure you have a blessed day, you fuck niggers and you poor ass hoes."

The One Way Boys being from W South St are from a different street than Lavon and Christopher are from. Christopher is part of a group of young men that call themselves YBN (Young Boss Nigga) and he has this tattooed on his face. Christopher mentioned his brother, Lavon Shinn (Turk), was still being questioned by police when he arrived downtown at 2200 hours on the night of the shooting. This was incorrect because Lavon refused to talk to police and is seen on video leaving in his red Crossfire at 2028 hours from the parking garage. Christopher also mentioned he arrived at 2200 hours and was in front of the pizza parlor.

: 01738

I watched another Facebook Live video he posted from the pizza parlor on 4/16/16 at 2216 hours where he titled it "us last night" and tagged Michael Jordan, the name Lavon Shinn uses on Facebook. I was able to determine from this video, Christopher was attempting to use this video to create an alibi for he and Lavon for the shooting by videotaping their whereabouts in downtown Orlando.

I could tell from this video they were at Panino's pizza located at 21 S Orange Ave. I pulled their surveillance video from 2000 hours until midnight and observed Lavon and Christopher arrived at Panino's at 2213 hours, approximately 45-47 minutes after the shooting on Conley St. At 2220 hours, I observed Lavon Shinn on video at Panino's and observed the front face of his cell phone to be white and possibly an iPhone. He's wearing the same pants, belt and shoes he was wearing when he was in the fight at Ono and has only added a jacket but is still not wearing a shirt.

Christopher constantly posts pictures on Facebook of himself with a multitude of guns and when he posts Facebook live videos, he always shows a black semi-automatic handgun with an extended clip, either sitting in his lap while he's driving or in his pocket. The gun he consistently showed appeared to be a Glock.

The shell casings at the scene of the murders on Conley Street were both .40 caliber and 9 mm casings. The guns Christopher showed himself holding on Facebook in photos were a variety of firearms and calibers. Christopher posted a video on 4/23/16 showing his brother, Lavon Shinn, driving in his red Chrysler Crossfire next to him in traffic. Lavon is dancing on the video to music in his car and then shows off a gun in his right hand. He then puts the gun flush to the right side of his face as he dances with it in his right hand. Lavon Shinn is a convicted felon (delinquent) and cannot legally possess a firearm. From the time of the shooting on 4/16/16 through 4/24/16, Christopher posted Facebook live videos almost daily, making veiled threats to anyone who might be looking for him in retaliation for the shooting on Conley Street. He posted live videos telling them his whereabouts so they could find him and always showed his black gun (possibly a Glock .40) either on his lap or in his right pants pocket.

On 4/20/16, Christopher posted a video outside the rim shop across from the Magic Mall where he was getting his black Chrysler Crossfire washed in the parking lot. A portion of what he said in this 20 minute live video was "I'm just saying, you know how that shit go. A bitch be, you know, a bitch is going around talking, get in front of hoes 'Oh I'm gonna do this, I'm gonna do that' Ok. Ok. You know how that shit go. Bitches talking about, 'Oh uh, they looking for me' Bitch you're not looking for me. Because if you was really looking for me you would've already found me because I'm in traffic everyday 24/7. But if a bitch do pull up cause a bitch wanna, uh, grow nuts that day, just make sure your shit don't jam because mines won't and I'm gonna burn your ass and wait for the police."

Right after the fight at Ono, when Lavon was forced out by bouncers and his shirt was ripped; he removed his shirt and got on his cell phone. He stood in the middle of traffic on that cell phone until officers arrived on their bikes and told him to get out of the street. He ignored officers asking him what happened, waived them off, and kept yelling on his cell phone in a very angry and upset tone. He remained on that cell phone as he paced across Orange Ave from the east sidewalk to the west sidewalk for several minutes. He then passed by the Harbor Community Bank ATM on video still on his cell phone and entered the parking garage to leave where he was also observed on video. He was then observed leaving the parking garage with an unknown male who ran up to his red Chrysler Crossfire after he was already in it and left with him at 2028 hours.

Detective Bruining conducted spot surveillance at 5212 Via Alizar apartment 26, the address for Lavon Shinn and Christopher Miller, from Tuesday, 4/19/16 through Thursday, 4/21/16, and observed both of them there at night and their black and red Chrysler Crossfires there during the early morning hours. The security officers observed Lavon Shinn changing the rims from red to silver on the red Chrysler Crossfire on Tuesday night, 4/19/16.

01739

The Green Gables Apartment Office personnel confirmed the address of 5212 Via Alizar apartment 26 to be the apartment leased by Christopher Miller and advised no one else was on the lease. Detective Hatcher and I also observed both of the Crossfires at the residence on 4/26/16.

Probable cause existed to search the apartment leased to Christopher Miller and both Chrysler Crossfires belonging to Shinn and Miller for evidence related to the homicide investigation. I obtained a search warrant for 5212 Via Alizar apartment 26 on 4/27/16 and the Joint Homicide Investigation Team executed the search warrant on 4/28/16.

Several items were removed from the apartment as potential evidence in this case, including the belt and jacket Lavon Shinn was wearing on video in front of Panino's pizza, an Sccy 9 mm semi-automatic firearm, a Glock 27 .40 caliber semi-automatic firearm, several live rounds, firearm magazines, firearm manufacturer boxes with fired shell casings, and three cell phones. The three occupants in the apartment during the execution of the search warrant were Christopher Miller, Lavon Shinn, and Christopher's girlfriend, Alyshia Renay Edwards. We recovered Christopher Miller's silver iPhone with black case (cell phone number 305-834-5653), Alyshia's broken silver LG cell phone (727-945-4553), and a white Samsung Galaxy S5 cell phone (s/n: R38F703VFRP) located next to Lavon Shinn on a chair (321-310-6702).

Lavon was located sleeping on the floor of the studio apartment next to a chair and the sliding glass door by the SWAT team. On the cushion of the chair, we located his red Chrysler Crossfire car keys and this cell phone. Under the right side of the cushion, Sergeant Draisin located the SCCY 9 mm firearm, well within reach of Lavon Shinn, who is a convicted felon (delinquent). The SWAT team located Alyshia and Christopher on the only bed in the studio apartment and their cell phones were also located on the bed. I located the Glock 27 .40 caliber firearm and several other firearms boxes without firearms, under Christopher's bed. The firearms were sent to FDLE by lead CSI C. Baumgaertner for comparison to the shell casings and projectiles recovered from the scene and the decedents. Inside each gun case was a receipt for the firearm from Al's Army Navy Store located at 23 N Orange Blossom Trail. The guns had all been purchased by Christopher Miller.

The cell phones were submitted immediately to Detective Bill Long in the Digital Forensics Unit by CSI Nieves for processing after the completion of the search warrant at the residence. We arrested Lavon Shinn on two outstanding warrants from Orange and Seminole Counties and interviewed him at 1308 hours at the Orlando Police Department. During the interview of Lavon, he advised the white Samsung Galaxy S5 we located was his and advised us there was not a lock code on it. He stated his cell phone number was 321-310-6702 which was later determined to be the correct cell number for the Samsung Galaxy S5 we had recovered. This was not the cell number Lavon had been using leading up to the homicide. On the video of him outside Paninos pizza at 2220 hours, just an hour after the murder, the cell phone in his hand appeared to be a white iPhone. The cell phone number I knew him to be using leading up to the murders was 407-480-7567, the same one I requested records from T-Mobile for just prior to executing the search warrant at the residence. The Accurint law enforcement database listed 407-480-7567 as last assigned through Metro PCS/T-Mobile to Lavon Shinn. While explaining his rights to him, Lavon requested to speak only with his lawyer present. I requested he write down his lawyer's name and advised he could contact us after speaking with her. The interview was concluded at 1312 hours.

After searching through the white Samsung Galaxy S5, I located several text messages between a man named Job Jean Baptiste, where he identified himself, sent a photo of his drivers license to someone, took several photos of himself and sent them to his girlfriend, Tashea Coleman, and provided his address of 5143 Wellington Park Circle, apartment D42, to at least two different people.

: 01740

I was able to review text messages that dated back to 2015 where Job told several people his name or sent photos of himself to those people, clearly identifying himself as the person with the cell phone number of 321-310-6702 and Tashea's cell phone number to be 321-310-6710.  It was evident the white Samsung Galaxy S5 did not really belong to Lavon Shinn, and he and Job Jean Baptiste had switched phones with each other after the homicides.

The name in the cell phone had been changed for 321-310-6710 and now read "Jean" instead of Tashea.  The name for 407-480-7567 had been changed also to read "Jean."  So the text messages between 407-480-7567 and 321-310-6702, were between Jobe Jean Baptiste and Lavon Shinn after they switched cell phones.  They texted each other and told each other who was trying to reach them on their cell phones so they could call the people back.  The texted each other and requested phone numbers for certain people in their contact lists.  They responded to texts telling people how to reach each other at the other's number.

This appeared to be a direct attempt to thwart the law enforcement investigation into the murders by throwing off Lavon's whereabouts in case police were looking for him and also to confuse the investigation.  Lavon's cell phone was clearly in Job's possession shortly after the homicides, based on the text messages I read in the white Samsung Galaxy S5 Lavon had when he was arrested during the search warrant.  Lavon's actual cell phone (the white iPhone) and sim card he was in possession of on 4/16/16, was needed in order to recover any text messages or other evidence which could connect him to the homicides due to his cell phone activity after the fight at Ono.  Job Jean Baptiste appeared to be the person in possession of that cell phone.

One conversation in the Samsung cell phone while it was in Lavon's possession was a text from his brother, Christopher Miller's cell (305-834-5653) on 4/27/16, the day before we served the search warrant on their residence.  Christopher sent a screen shot of a text from someone in his phone contacts named 1-Breeze to show Lavon the screen shot.  The screen shot was a photo of a gun barrel for $143.99 from MidwayUSA.  The product number was listed as 480433.  I looked up this product number on MidwayUSA's website and observed the same product.  The product listed was for a Glock 27 .40 caliber gun barrel for the same firearm I located under Christopher's bed the following day during the search warrant.  Lavon observed the photo and asked Christopher "wats that?"  Christopher answered with "Call me."  Changing the barrel out of the Glock firearm we recovered would have changed the outcome of the results at the Florida Department of Law Enforcement in comparison to the evidence located at the scene.  We were able to recover this firearm before he could order this replacement part.

While reviewing all of the video from the parking garage located at 2 S Orange Ave, we observed Lavon Shinn leave the garage in his red Chrysler Crossfire after the fight at 2028 hours.  At 2105 hours on the same video, (2111 hours actual time), two men returned to the same parking garage in Lavon Shinn's red Chrysler Crossfire and Lavon was not in the vehicle.  These two men pulled into the garage and parked the vehicle on the first floor.  Before backing the car into a parking space, they switched drivers at 2106 hours (2112 actual time).  These two men are then observed walking out of the parking garage and turning east on Central Blvd.  We observed them again on the ATM camera at the Harbor Community Bank right next to the parking garage.  The IRIS camera at W Central Blvd and S Orange Avenue shows them walking across S Orange Avenue to get to Ono, exactly where the fight had occurred approximately one hour earlier.  The men are observed walking in to Ono's on surveillance video at 09:14:51 hours.

One of the men closely resembled Job Jean Baptiste and had sunglasses on top of his head.  The surveillance video inside Ono was 12 hours and three minutes behind Naval Observatory time.  The actual time the two men walk into Ono was on 4/16/16 at 2117 hours.  They stayed at the club for only 25 minutes, leaving at 09:39:58 on the video and at 2142 hours actual time.

: 01741

This led us to believe these men parked Lavon Shinn's Chrysler in the parking garage intentionally in order to attempt to create an alibi for him for the time of the murders. The shooting started on Conley St at approximately 2124-2125 hours and the first calls to 9-1-1 were at 2126 hours.

The men stayed at Ono long enough for the homicides to occur and then returned directly to the parking garage and are observed entering Shinn's Crossfire to leave at 2144 hours on the video or 2150 hours actual time. This led us to believe these men had traded vehicles with Lavon Shinn so Lavon and his brother, Christopher Miller, would not be using the Chrysler Crossfires they drive to do the drive-by shooting because of how distinct the sports car is and how it would lead directly back to Lavon and Christopher as the suspects. Christopher and Lavon have posted several photos and videos of them in their red and black Chrysler Crossfires to social media and everyone knows they drive them.

On 5/2/16, I requested Sergeant Draisin drive by Job's last known address listed in his text messages from the white Samsung cell phone, which was 5143 Wellington Park Circle, apartment D42, in order to see what kind of vehicles were parked in front of the apartment and what tag numbers were on them. Sergeant Draisin observed both a gray Volkswagen Passat bearing Florida temporary tag/BRK9234 and a 2010 brown Chevrolet Malibu LS bearing Florida license/Y25ISV, parked in front of the apartment. These were the same basic vehicle descriptions provided to us by two of the residents of the Landings at Carver Park apartments after the drive-by shooting. The tag on the Malibu came back registered to Jermaine Johnson (black male, 12/2/87). I recognized this name as being assigned to phone number 407-334-4434 on Jermaine's Facebook account. I had researched this cell phone number because it was one of the numbers I found in the call log on the white Samsung Galaxy S5. This cell was receiving calls from Job's cell phone of 321-310-6702 right after Lavon was beat up inside Ono when Job would have been in possession of the Samsung cell phone. There was not a name assigned to this cell number in the call log but at 2028, 2029, 2030, 2032, and 2044 hours, calls were made to and from 407-334-4434 and 321-310-6702, which appear to be between Job and Jermaine after Lavon pulled out of the parking garage. Job and Lavon also made calls to Lavon's brother, Christopher Miller, who goes by "Truck." Truck is listed in the call logs of the Samsung cell phone and two calls were made between Job's cell and Christopher's cell (305-834-5643) at 2025 hours and 2042 hours. The examination of Christopher's iPhone showed several missed calls from 407-480-7567, his brother's cell phone number, on 4/16/16, at 2018, 2020, 2021, 2023 (twice), 2024, 2025, 2027, 2028, and 2044, right after the fight. Christopher had this cell phone number listed in his contacts as 1-Jobey, which was also changed from his brother's name to 1-Jobey after Job and Lavon switched cell phones after the murder. There is one missed call from Job's cell phone number of 321-310-6702 at 2042 hours on Christopher's phone. This is consistent with the call log in the Samsung Galaxy S5, which also showed a call from "Truck" at 2042 hours. Lavon appeared desperate to get in contact with his brother after the fight and could not reach him.

The photos of Jermaine on his Facebook page also closely resembled the second man observed driving and parking Lavon Shinn's red Chrysler Crossfire in the parking garage and walking in to Ono with Job just long enough for the shooting to take place. The brown Malibu matched the description provided by witness K. Johnson and was only one year off of the model year she described when she compared it to her neighbor's former vehicle. Victim Cordarius Williams had also described the drive-by vehicle as a Chevrolet Impala or Malibu.

The T-Mobile records for Lavon's cell phone number of 407-480-7567, show him in downtown Orlando at the time he is at Ono and then after the fight, they show him near a cell tower located at 1801 W Oak Ridge Drive at 2107 hours which is close to Christopher's apartment in Green Gables. There is no activity or cell tower locations on this cell phone according to the records from 2116 hours until 2147 hours, the exact time frame of the homicides.

: 01742

The next tower location time is at 2147 hours and is listed as 2049 Americana Blvd, which is .5 miles from where Lavon was living in his brother's apartment at 5212 Via Alizar in Green Gables. Shortly after this, at 2202 hours, Lavon's cell phone is again hitting off of two cell towers in downtown Orlando located at 255 S Orange Ave and 37 N Orange Ave, both of which cover Orange Ave from Wall Street to E Jackson St. This is consistent with the time frame in which we observed Lavon and Christopher park and walk from the city parking lot located adjacent to Orlando Fire Department Station One.

We observed Lavon walking and Christopher riding his hover board with blue lights on video surveillance by OFD Station One. At 2213 hours, I observed Lavon and Christopher on video coming from the area of OFD Station One going eastbound on Central Blvd and then crossing over S Orange Ave. They approached a group of friends, including Treavor Glover, outside of Panino's Restaurant. This is when Christopher recorded his Facebook Live video attempting to alibi he and his brother for the time of the homicide by saying they are in downtown Orlando. Treavor Glover was later shot on 4/27/16 in retaliation for Gino's murder supposedly for being friends with the shooters. The video outside Paninos showed Treavor and Lavon hugging and talking less than hour after the shooting. It also showed Lavon holding up his right forefinger to his lips in a "shhhh" motion when Treavor said something or asked him a question. Daquan Lundy and Eric Griffin were arrested by the Orange County Sheriff's Office for shooting Treavor Glover. Daquan and Eric were upset with Gino's sister, Angel, because their family said none of those boys could attend Gino's funeral because they were not cooperating with the investigation and being truthful. Daquan and Eric argued with Angel over this point and then Eric told Angel she was dating a friend of her brother's killer, Treavor Glover, and asked if he was allowed to attend the funeral. Angel hung up on Eric and Treavor was shot a day or so later at his own gated apartment complex.

On 5/26/16, the Joint Homicide Investigation Team executed a search warrant at Job's residence at 5143 Wellington Park Circle, apartment D42, where he lived with his girlfriend, Tashea Coleman, his friend, Jermaine Johnson, and Jermaine's brother, Kelvin Burney Jr. The search warrant also covered both the gray Volkswagen Passat belonging to Tashea Coleman and the brown Chevrolet Malibu registered to Jermaine Johnson. The vehicles were towed for processing.

Jermaine Johnson and Job Jean Baptiste agreed to voluntarily speak to Detective Hatcher and I at Orlando Police Headquarters where we obtained sworn, audio recorded statements from both men. Jermaine stated he and Job drove downtown in his brown Chevrolet Malibu to meet Lavon Shinn (aka Chump, Cump, Turk) at the Day Party. When they arrived, they parked in the Wells Fargo garage near the Morgan and Morgan Law Firm. They could not reach Lavon by phone but observed him without a shirt on standing in the middle of S Orange Ave on his cell phone. He told them he was jumped by Ken and some other boys but showed them his face and told them "they didn't get nothing for it," meaning he was not injured. Jermaine stated Lavon was talking loud so they could all hear him and he kept repeating "they didn't even get nothing for it." He stated Lavon was trying to call someone repeatedly and he heard Lavon say "this guy ain't answering the phone." Jermaine believed he was trying to reach his brother, Truck. This was consistent with the several calls Lavon made to Christopher and did not get an answer. Jermaine stated he assumed that was who he was calling but Christopher did not answer his phone. Jermaine heard Lavon say, "Man, I'm gonna get them back for this."

Job stated he was able to get Lavon to leave downtown and after walking back to the Malibu with Jermaine, he decided to run across to the parking garage at 2 S Orange Ave and ride with Lavon in an effort to keep him calm. They drove the red Chrysler Crossfire and Jermaine followed in the brown Chevrolet Malibu back to Green Gables Apartments where Lavon was staying with Christopher and arrived at approximately 2045-2050 hours.

: 01743

Job and Jermaine met with Lavon and Christopher came out of his apartment to meet them in the parking lot. Job stated Lavon asked him while they were driving back to the apartment if Jermaine would let him borrow the Malibu. Jermaine stated Job asked him this question when they got out of their cars at the apartments. Jermaine stated Lavon stated he wanted to borrow his vehicle because "they don't know your car." He wasn't sure what that meant and he looked at Job who vouched for Lavon and told Jermaine they wouldn't do anything stupid in his car. Jermaine stated it was obvious to him when he saw Lavon upset, not wearing a shirt, and making the comments he was making that he had been in a fight in the club. He was unsure about loaning his car to Lavon but he really wanted to drive the Crossfire.

Job and Jermaine stated Lavon told them he wanted to visit his mom or aunt in the W Livingston St area and did not want the One Way Boys to shoot at him in his car. He offered Jermaine and Job his red Chrysler Crossfire in exchange for the Malibu to take back to the Day Party and told them his parking ticket was still valid for the rest of the night. Job and Jermaine stated they both jumped at the chance to take the sports car back downtown so they could be seen in it. They both denied knowing what Christopher and Lavon intended to do in the Malibu and stated they never said they intended to retaliate against the One Way Boys for the fight at Ono. Its evident Lavon was thinking about revenge as soon as the fight was over as he made so many calls to Christopher Miller. Lavon stopped and spoke to the parking attendant on video about his parking ticket to make sure the ticket was still valid for the entire night. He was also thinking about revenge as they were driving away from downtown when he asked Job if Jermaine would let him borrow his car. He was clearly thinking about it when he asked Jermaine if he could borrow his vehicle because "they wouldn't know his car." Lavon's premeditation to do this drive-by shooting was being planned in his head from the moment he was ejected from Ono. He put the plan in motion for the next 30-40 minutes and then carried it out with his brother, Christopher Miller.

Job and Jermaine both stated when they left in the red Chrysler Crossfire, it was just before 2100 hours. They observed Lavon driving the brown Chevrolet Malibu and Christopher was in the front passenger seat. No one else was with them. The brown Malibu behind them as they exited Green Gables onto Honour Rd and turned east heading towards S Rio Grande Ave to head back downtown. They did not see which way Lavon and Christopher drove once they pulled out of the complex. The video in the parking garage at 2 S Orange Ave showed Job and Jermaine arrived at 2111 hours. The drive from 5212 Via Alizar to 2 S Orange Ave is approximately 4.8 to 5.5 miles and can be easily driven in 11-15 minutes. This is consistent with the time frame they stated they left Green Gables and last observed Lavon and Christopher in the brown Malibu.

After they left Ono at the end of the Day Party at 2142 hours, Job stated he contacted Lavon from his Samsung Galaxy S5 to Lavon's white iPhone, to ask where they were. This is evidenced by a call from the Samsung to Lavon's number of 407-480-7567 at 2205 hours. Job stated Lavon told him the Malibu was still at Green Gables apartments and that they never used it. This was inconsistent with Job and Jermaine seeing them leave in the Malibu. They could have easily taken Christopher's black Chrysler Crossfire anywhere they needed to go but were seen driving the Malibu approximately 25 minutes before the homicides by Job and Jermaine. Jermaine stated Lavon told Job they could get the keys to the Malibu from a female at their apartment once they brought his Crossfire back. Jermaine stated he knocked on the door to Christopher's apartment and got his keys from a light skinned black female in her twenties who was short and thin and had her hair wrapped up. Lavon and Christopher were not at home at the time. Jermaine did not know Lavon and Christopher by their real names but picked both of them from a photo line-up as the two men he loaned his brown Malibu to just prior to the shooting.

Job and Jermaine stated in the coming days after the murder they realized Christopher and Lavon were likely responsible for the murders but they denied it. Job stated they came to his apartment at approximately 2300 hours on the night of the shooting to get Lavon's Crossfire which was parked at his apartment. He stated he observed a gun in the red Crossfire on the passenger floorboard when he came out of his apartment to meet them that wasn't there when he and Jermaine borrowed the car. He stated he did not know which of the brothers placed the gun in the car. I showed Job four photos of firearms without telling him where they were from or who owned them. Two of the photos were the .40 caliber Glock and Sccy 9 mm we recovered from Christopher's apartment, and the other two photos were from Christopher's cell phone of a Taurus and a Ruger. Job stated the photo of the Glock 27 .40 caliber mostly resembled the firearm he observed on the floorboard of Lavon's Chrysler Crossfire. He stated he did not say anything about it to them after he saw it.

Job stated he had loaned Lavon $400 to get the fenders cut on the Crossfire for larger tires and Lavon had been unable to pay him back. He stated he had been asking Lavon for his new iPhone because of how much they're worth and because he did not like his older Samsung Galaxy phone. Lavon had refused to give him the iPhone in exchange for the debt up until the night of the shooting. While Lavon and Christopher were outside Job's apartment, Job stated they were discussing the debt and Lavon then agreed they could swap cell phones. They agreed they would remove the sim cards and eventually get their phone numbers swapped over but they did not do so. Job stated he watched us serve the search warrant with the SWAT team on Lavon and Christopher's apartment because his cousin told him what was happening. At that moment he could have told us he and Lavon swapped cell phones but he did not approach us. He could have also told us they loaned them Jermaine's brown Malibu but he did not say anything to us even though he stated he suspected they were responsible for the shooting on Conley St.

We were unaware he was watching the execution of the search warrant and I did not know who Job was until I discovered his name in the Samsung cell phone in Lavon's possession. It wasn't until just before we served the search warrant on Job's apartment that he changed the sim card out of Lavon's iPhone and ported his cell number of 321-310-6702 over to the iPhone during the week of 5/23/16. Lavon had been arrested on 4/28/16 and had not paid his T-Mobile bill so the phone was shut off on 5/19/16, which is what prompted Job to have to move the phone to his account. He advised us Lavon's sim card from the iPhone was in Tashea's Volkswagen on the floorboard and the sim card in the white iPhone would be the new one he had just purchased.

CSI Baumgaertner located the sim card on the floorboard of the Volkswagen and this was the same sim card which had been in the iPhone while Lavon and Job were using it up until the week of 5/23/16 before he ported his number from the Samsung over to the iPhone. Digital Forensic cell phone examiner, Ed Michael, had examined the Samsung, Christopher's black iPhone and Alyshia's broken silver LG cell phone. He determined they changed their contact names in these phones for Job and Lavon approximately four hours after the homicides. This was consistent with the time frame Job stated Lavon and Christopher were at his home after they left downtown Orlando on the night of the shooting.

Job stated he confronted Lavon about the homicides because he vouched for him when he asked to borrow Jermaine's brown Malibu. He stated Lavon would "shhhh" him and deny it. They were driving at a mall a week or two after the homicides and Job stated Lavon stuck his head out the window and was talking to a man they know as "Head" in another vehicle. He heard Lavon tell Head, "I got dem niggas, bruh!" Job stated he asked him after they pulled away about what he heard him say and Lavon did the "shhhh" motion with his finger to his lips again. Job stated he and Jermaine both believe Lavon and Christopher used the Malibu in the drive-by shooting.

: 01745

Jermaine stated he washes his car weekly so he was doubtful their prints or DNA would be found in his car because he had washed it since they borrowed it. Jermaine stated he has only loaned his car to Lavon and Christopher one time and it was that night. The cleanliness of the brown Malibu was noticed by witness K. Johnson when she observed it and stated it was really clean during her testimony.

On 5/31/16 at 1647 hours, Detective Hatcher and I obtained a sworn, audio recorded interview from Gino's sister, Angel Nicolas, at Orlando Police, in the Criminal Investigations Division. Angel stated she and Treavor Glover have been dating about a year and Treavor met her brother, Gino, in Tallahassee before she began dating him. When Gino found out she was dating Treavor, he told her some things he had heard about Treavor while Treavor was dating another girl in Tallahassee that Gino was friends with. Gino told her these things so she wouldn't get hurt and advised her to be careful dating him because of his reputation. Angel stated Gino and Treavor were never really close but were social with each other and friendly.

Angel stated Treavor grew up in Ocoee and she did not believe he was associated in any way with the One Way Boys from W South St nor was she familiar with him belonging to any gang or neighborhood group of guys. Angel stated Treavor tends to "flex" or be flashy on social media and make people believe he has money and things he doesn't really have. She believes this tended to make others jealous and make him a target. She stated near the end of 2015, Gino told her to tell Treavor to be careful because the One Way Boys intended to rob Treavor. They wanted Gino to participate in robbing Treavor by setting him up. This is exactly what Daquan allegedly did to Lavon Shinn. Even before Gino told her to warn Treavor, Treavor asked her who "Michael Jordan Lundy" was on Facebook or Instagram because supposedly he was telling people he was going to rob Treavor. Daquan Lundy is the person who uses that name on social media and was one of victims shot in the drive-by.

Angel stated Daquan Lundy is younger than her but she still went to school with him, Ricky Harrison, his brother Kendrick Hair, and Cordarius Williams. In fact, she stated Ricky's family currently lives in a home her family owns. She stated she was especially close with Gino's best friend, Eric Griffin. She stated she knows who Brandon Brown Dukes is but did not grow up with him and she does not know Wendell Edwards (Pooh) at all. Eric was playing professional basketball in Dubai when Gino was killed but came to Orlando for the funeral. Angel explained she had a conversation with Eric via text and talk about certain people from One Way not being allowed to attend her brother's funeral for not cooperating with the police investigation. She explained the One Way Boys were a group of young boys who all grew up together on W South St (a one way street) who were like a brotherhood. She believed the title meant there was "one way out of the hood" and stated they all felt the desire to inspire each other to make it out by making their parents proud and encouraging each other to attend college.

The debate or argument Angel had with Eric was about Eric trying to convince Angel to allow the boys involved in the fight at Ono with Lavon Shinn to attend Gino's funeral and she told him they were not cooperating with police and the family did not want them to attend. Eric got upset with Angel and told her she was dating a friend of the shooter so he shouldn't be allowed to attend either. The obvious deduction she made from this was that Eric must also know who the shooter(s) were if he knew her boyfriend was "cool" with the shooters. Eric stopped short of telling Angel who shot and killed her brother though and only wanted to make a point about Treavor and the funeral. Within a day or two of that conversation, Treavor Glover was shot at his apartment complex and told the Orange County Sheriff's Office the assailants were Daquan Lundy and Eric Griffin. Angel stated if it was Daquan and Eric that shot Treavor, she believed it was because he is not known to carry a gun and he's an easy target to send a message to for the shooters. The man she kept hearing Treavor was "cool" with or friends with from Eric Griffin was "Turk," also known as Lavon Shinn.

: 01746

She posed this question to Treavor to ask him if he was friends with "Turk" and if he knew whether or not "Turk" was responsible for killing her brother. Treavor told her he will say hello if he sees him but he's not friends with him and she doesn't believe they even have each other's phone numbers. Treavor is friends with "Turk" on social media and he posted a comment on an Instagram picture of Gino that Lavon had posted after his death under the Instagram name Freeband Junky. A man who runs an Instagram page called "Nasty Nigger News" called Treavor and told him he shouldn't be putting anything under the photo of Gino on Turk's page because Turk is the one who shot Gino. Treavor told Angel this and deleted his comment. Angel stated she does not believe Treavor asked Turk if he was responsible for the shooting. Her understanding of the problems between Turk and the guys from One Way was due to how Turk makes money illegally with some sort of fraud involving cell phones. He needed some guys to pretend to be customers in order for the scam to work and he utilized some of the men from the One Way Boys, possibly Daquan Lundy and Kendrick Hair, and they stiffed Turk out of his share of the money. Angel stated she also heard about two weeks before Gino was killed, Turk saw Kendrick at a store and flashed a gun to threaten Kendrick while he was with his girlfriend. Kendrick told Turk when he saw him again he was going to beat his ass. Angel also stated Turk's brother is Rico and she saw his Facebook video saying he wasn't involved with the shooting of the One Way Boys and this is when she learned his name was Christopher Rico Miller.

On 6/1/16 at 1118 hours, Detective Hatcher and I obtained a sworn, audio recorded statement from Treavor Glover at Orlando Police Headquarters. Treavor stated he has known Angel and Gino for just over a year and met Angel at a club downtown. On the night Gino was killed, Treavor stated he had gone to the Day Party at Ono around 1945 hours in his friend's white Corvette Stingray with his friend Cameron. He stayed at Ono until they closed around 2200 hours and saw the fight that Turk was in around 2015 hours. He saw Turk outside of Ono and spoke to him while they were in line to get into the Day Party and then saw him later standing in a VIP section near the DJ booth. I asked Treavor what he wore that night and he believed he was wearing a black soccer jersey with T. Glover in white writing on the back across the shoulder area. This was the same shirt and vehicle I observed him in on video surveillance in front of Panino's pizza after Lavon (Turk) and Christopher returned downtown after the murders. Treavor stated Turk was standing in a VIP section and a man from One Way named "Ken" had words with Turk and then they started fighting. From his perspective, he saw two guys bum rush Turk and start hitting him shortly after arriving at the club. He assumed something had to have been going on before that night because of how quickly it happened and how they walked in and confronted Turk in front of the DJ booth. He stated he doesn't know the full names of the guys from One Way but he described the man who confronted Turk as being the same height as Turk but a lot bigger who goes by "Ken." He stated the fight was over within ten or fifteen seconds and then they were thrown out. Treavor stated he stayed at Ono until they closed between 2145-2200 hours. He talked to some people outside and then picked up the Corvette from the parking garage at 2 S Orange Ave. He pulled the car up in front of Panino's pizza to hang out and talk to people for a few minutes.

Treavor stated he has only known Turk since January or February of 2016 and stated he is not close to him. He stated Turk has his number but he never saved his number in his phone. He stated he spoke to Turk the day after Gino's murder when Turk called him to see if they were doing ok. He stated Turk posted a picture of Gino leaning against his car and said something about the good dying young. Treavor stated he posted praying hands as a comment on the photo and then received a call from the man who runs "Hood News" on Instagram. The man told him the streets were saying Turk is the one who shot Gino so you may want to delete your comment so he did. Treavor stated he met with this man to get the information because he knew he had seen Turk at Ono and again at Panino's Pizza. He learned Gino got shot from a man he knows as T-Mac who called and told him. He stated T-Mac was at Ono and is friends with the guys from One Way. T-Mac left before the club let out and then called him to let him know about Gino.

: 01747

Angel called him and asked him if what she was hearing was true and he stated he heard Gino was shot but would be alright. Treavor stated he and Cameron hung out in front of Panino's Pizza for a few minutes and that was when he saw Turk was downtown. Treavor stated Turk said "Them niggers fought me. Them niggers fucked up." He stated Turk had a jacket on but he could not remember if Turk was wearing a shirt or not. Treavor stated he heard the guys from One Way had robbed Turk a while back and that is when their problems started between them. He stated Turk was also running a cell phone scam where he would recruit people to get cell phones in their names with minimal money down and then he would sell the phones and split the profits. Treavor stated Turk had recruited Daquan Lundy to get a phone in his name and then later Daquan called him to meet saying he had more people who wanted to get in on the scam.

When Turk went to meet with Daquan and these people, he was robbed by them in a set up orchestrated by Daquan Lundy. Daquan would frequently ask Gino to set up Treavor to be robbed by them and Gino would tell them to leave it alone because Treavor was dating Angel. Treavor stated Gino told him One Way wanted to rob him and wanted him to set him up but he told them no. Treavor explained what happened the night he was shot and stated he told the Orange County Sheriff's Office the suspects who tried to kill him were Eric Griffin and Daquan Lundy. He stated he told them about the conversation between Angel and Eric Griffin and he felt like this was the cause of him being shot. He stated Eric Griffin's girlfriend, Brie, is close friends with Angel and she usually follows him on Snapchat so she always knows where he is and what he's doing. Treavor stated although he picked them out of photo line-ups, he stated he wasn't sure now if it was them or not.

I asked Treavor about his conversation with Turk (Lavon Shinn) outside of Panino's Pizza after the drive-by shooting. He stated Turk said, "Them niggas can't fight. Look at my face. Them niggas ain't messed me up." Treavor stated this conversation took place across from Ono in the parking garage on his way to get the Corvette. He stated he did not speak to Turk while parked in the Corvette outside of Panino's. He told us we can pull the video to prove he was telling the truth. I then showed Treavor the video of him parked in front of Panino's talking to Turk. Treavor pointed out Turk on the video with the beard and wearing a jacket but he stated he did not know the man on the hover board (Christopher Miller) and only learned he was Turk's brother after the shooting. Once Treavor saw the video, he stated he must have only spoken to Turk then and not when Ono let out and he was walking to get the Corvette. Treavor would not admit they had any conversation about the shooting, only the fight. I showed him how Turk was talking to him through his hand to cover his lips and then afterwards used his index finger on his lips to make a "shhh" motion to Treavor letting him know to be quiet about what he said. This would not have made sense to only be talking about the fight at Ono when everyone saw the fight. It made sense Turk told Treavor what he had done and then told him to be quiet about it but Treavor stated Turk did not tell him about the shooting. We pressed Treavor for the truth since it appeared they were talking secretly and this was less than an hour after the shooting. He stated Turk did say something to the effect of, "Them niggas gonna get what they, what's coming for them" but would not admit Turk told him about the shooting and adamantly denied it. Treavor did admit he was the one who told Turk Gino had been shot. He stated this is when Turk covered his mouth as he spoke and stated, "Noooo, for real? Wow."

He stated Turk told him he had gotten into it at Magic Mall two weeks earlier with the same man who jumped him at Ono, "Ken." Turk told him he and another man pulled up on Ken at Magic Mall and the man (Kendrick Hair) didn't want to fight then but when he walked into Ono with his boys then all of a sudden he wants to fight. Treavor stated he had heard on the street Turk did it and he believed Turk did it but Turk did not tell him he did. He stated he called Turk and told him he pulled up on the man who runs the Instagram page for "Hood News" and he told him Turk killed Gino according to the streets. He stated Turk stated, "Glove, I swear I didn't do it. I didn't do nothing bruh, I ain't shoot nothing. I ain't did nothing bruh. Them boys got a lot of beef."

: 01748

Treavor stated after the murders, Turk started calling him from a different phone number. He stated he spoke to Turk the next day after the murders and Turk asked him for $500 and he told him he didn't have it but he would try and come up with it for him. He stated Turk did not tell him what he needed it for. Turk also told him he was going to try to sell his Chrysler Crossfire and the rims and asked Treavor to post it for him for $8,000 for all of it on Instagram.

I asked Treavor what Lavon (Turk) was doing with the cell phone scam. He explained Turk would try and find people who would qualify with good credit to get a cell phone in their name with one or more lines. They would only have to put down maybe $100-$150 for an iPhone in their name. Turk would pay them for the phone they get and then sell the phones for $500 each. This would hurt the credit of the person getting the cell phones from the stores but if they bought and sold enough cell phones before it did, they could split the profits. The interview with Treavor Glover concluded at 1409 hours.

On 6/10/16, I received lab results from the Florida Department of Law Enforcement's Firearms Unit. Firearms analyst Sarah Hayman examined the shell casings collected from the crime scene in the 1100 block of Conley St and determined the 15 .40 caliber shell casings were all fired from the .40 caliber Glock 27 pistol I located under Christopher Miller's bed in his apartment. This appeared to be the same firearm Christopher always had with him when he posted live videos from Facebook. The 7 9 mm Pobjeda shell casings were all fired from the same 9 mm firearm; however, they were *not fired* from either of the 9 mm firearms we submitted. The two projectiles removed from decedent, Gino Nicolas, were both a .40 and 9 mm. The .40 was fired from the same Glock 27 Generation 4 firearm (serial number XVD751) which was purchased by Christopher Miller from Al's Army Navy Store on 3/5/16. The projectile removed from Ricky Harrison Jr.'s knee also came from the same .40 caliber Glock 27 pistol.

The same .40 caliber pistol fired a projectile found on Conley St and two more which struck the residence at 1123 Cypress St. One of those two landed on the living room floor of the occupied apartment. The bullet fragments removed from decedent, Tanya Skeen (Q20, Q21), could not be compared due to damage and lack of value, however, the portion of the projectile recovered from her living room floor, believed to be the one which struck her head (Q11), had individual characteristics which strongly indicate it was fired from the same Glock 27 .40 caliber firearm we submitted. The report indicated the correspondence was, however, insufficient for identification. The projectile removed from the south wall of Tanya's apartment (1140 Conley St apartment 1) was a match to the Glock 27 .40 caliber firearm we submitted. It appears from their analysis, both projectiles fired through the front door of Tanya's apartment were fired from the same Glock .40 caliber firearm and is the firearm which caused her death. Because only two shots were fired into her home and one was lodged in the rear wall, it appeared the partial projectile on the living room floor was the bullet which struck her in the head, entering and exiting the left side of her head and causing hair to attach to it. Small fragments were recovered in surgery and also at the Medical Examiner's office consistent with what was left at the scene on the floor.

The conclusions from FDLE were consistent with the evidence at the scene and testimony which indicated simultaneous shooting from two firearms. This was also consistent with Daquan's assessment of one firearm sounding loud (.40 caliber) and the other one low (9 mm). Both Cordarius and L. Johnson stated someone was in the backseat of the Malibu when it drove by. Cordarius stated the suspect in the backseat was firing on the driver's side of the vehicle.

Although FDLE results on the projectile on her living room floor were inconclusive, firearms analyst Richard Ruth Jr. stated the projectile was not consistent with being a 9 mm projectile, which made sense considering the round in the rear wall was a match to the .40 caliber Glock 27 pistol. The round on the living room floor appears to be the projectile which struck Tanya and ultimately killed her.

: 01749

Probable cause existed to charge Christopher Vincent Miller and Lavon Shinn with First Degree Murder with a Firearm (two counts) for the murder of Gino Nicolas and Tanya Skeen; Attempted Murder with a Firearm (six counts) for the shooting of Wendell Corey Edwards, Ricky Antonio Harrison Jr., Daquan Lundy, Cordarius Williams, and shooting of Kendrick Hair and Brandon Brown Dukes; Aggravated Battery with a Firearm Discharge (4 counts) for the shooting of Wendell Corey Edwards, Ricky Antonio Harrison Jr., Daquan Lundy, and Cordarius Williams, causing significant injuries; Shooting from a vehicle within 1000' of a person, Shooting into or throwing deadly missiles into dwellings, public or private buildings, occupied or not occupied, for shooting into four occupied apartments; and Criminal Mischief > $1000 for shooting up several vehicles parked on the street causing extensive damage.

It is important to note Gino Nicolas and Tanya Skeen were not the intended targets of the shooting and were both innocent bystanders.  Gino Nicolas was a City of Orlando employee running the "My Brother's Keeper" program and had been mentoring these same young men who were shot through the Parramore Kidz Zone at the downtown recreation complex.  Tanya Skeen was a single mother of three children and often watched other children in the complex.  They were both gunned down by Christopher Miller and Lavon Shinn without provocation or cause because of an ongoing feud the brothers had with Kendrick Hair and Daquan Lundy; and the fight at Ono between Kendrick Hair, Ricky Harrison Jr., Brandon Brown Dukes and Lavon Shinn.  This feud was fueled by Kendrick Hair, Ricky Harrison Jr. and Brandon Brown Dukes all punching Lavon Shinn at Ono an hour before the shooting occurred.  This feud has been building between these men since at least 2013 when Daquan Lundy allegedly robbed Lavon Shinn of $4000 in cash.

On 6/10/16, I obtained arrest warrants for Christopher Vincent Miller and Lavon Rashard Shinn, which were signed by the Honorable Judge Cameron of the Ninth Judicial Circuit.  Lavon Shinn was being held at the Seminole County jail on unrelated charges.  The warrant was sent to them by Orange County Warrants to place a hold on him.

The Orlando Police Fugitive Unit located Christopher Vincent Miller at his apartment and arrested him on the warrant at approximately 1500 hours.  He was transported to the Orlando Police Criminal Investigations Division for an interview which began at 1638 hours.  Christopher had obtained a new cell phone after we seized his iPhone in the search warrant at his residence.  He advised his new number was 321-877-6834.  Christopher advised he has 5 children, two girls and three boys.  His daughter Paris is 6, Emily is 2, his son Preston is 1, Jalani is an infant, and Rico is due soon.  All of these children have different mothers.

He stated his middle name used to be Rico because his biological father is Puerto Rican and his name was Rico.  Because his mother didn't like Rico anymore, she changed his middle name to Vincent.  This was important because Christopher used "Rico Story_24" on Instagram and stated his Facebook account is under Christopher Rico Miller.  Post Miranda, Christopher agreed to speak with us about the shooting on Conley St.  Christopher stated Lavon Shinn is his half brother and they share the same father.  He advised us he has many nicknames including "Truck, Rico, Pretty Boy, and Chuckie."

Christopher stated everyone was saying he had done the shooting because someone posted a video of him with an AR15 rifle while riding his hover board, saying he was going around shooting people like "the crackers" aren't going to catch up to you.  He stated he didn't know the man that was killed so he felt he needed to make a video on Facebook denying he had anything to do with it because of what was posted about him in order for the victim's family to hear it.  He stated people were saying he had something to do with it because his brother is Lavon but he denied having anything to do with the murders.  Christopher stated he would have allowed Lavon to stay with him regardless of what he had done or was involved in but that doesn't mean he's responsible for everything Lavon does.  Christopher stated Lavon has a beef with the One Way Boys but it has nothing to do with him.

: 01750

I reminded him he mentioned a robbery online and he said they robbed Lavon, not him. Christopher explained Lavon told him he had four thousand dollars on him and he was riding with Daquan Lundy when they used to be cool with each other. Daquan set him up and robbed him with his boys from One Way by putting a gun to his head. They didn't conceal their faces or even try and hide their identify from Lavon. This occurred within the last couple of years and they have been feuding ever since.

Christopher stated he and Lavon just came back into each other's lives and Lavon told him he was beefing with the One Way Boys. Christopher told him he knew "Flame" who died trying to rob a bank, and "Sweat" who he had done time with and done a couple of "missions" with but did not know this group of guys from One Way. He stated he has seen a couple of situations where the One Way Boys have issue with Lavon. They were leaving a concert downtown one night and he saw three boys from One Way outside in downtown Orlando. He knows their beef is not with him but with Lavon but because Lavon is his brother, he told them "You don't want that pressure, bruh. Bruh, you go home and kiss your mama, bruh. You don't want that pressure, bruh. Go live for another day. Bruh, I'll do your ass!" He stated they were walking towards he and Lavon egging him on by saying "You fuck nigger, what chu gonna do?" He and Lavon were walking "to where the hoes were at" when they walked up on them but he knew they weren't going to try to do anything as long as he's with Lavon because everyone knows from social media he carries a gun. Lavon told him he was getting sick of them taunting him every time they see him.

I asked Christopher if Lavon has ever retaliated for the robbery and he stated he didn't think so but he didn't know. He said Lavon isn't the type to go rob them and he didn't have a firearm and that's the way Christopher thinks he should have handled it. Christopher didn't know who was keeping the animosity going between them for so long but Lavon seemed to be getting sick of the boys from One Way calling him out every time they see him for not doing anything about the robbery. Not until Job told us Lavon pulled a gun on Kendrick at Magic Mall in March of this year while Kendrick was with a girl, had Lavon done anything to retaliate against One Way. Kendrick didn't think it was the time nor the place for them to be dealing with it and supposedly Kendrick told Lavon that day the next time he saw him he was going to kick his ass.

Christopher said Lavon told him about the fight at Ono and he said everybody called him and told him Lavon got jumped at the club. Christopher stated Lavon told him they robbed him again during the fight and took his four chains off his neck and ripped his shirt. I explained to Christopher there was a police officer at the club and two more responded to the fight and tried to get Lavon to tell them what happened and he refused to speak to them. He stated, "You know that's not gonna (happen)." Christopher stated his guns were legal and he had nothing to do with it.

I asked Christopher about the gun barrel he tried to purchase in April and sent a photo of it to Lavon the day before we served the search warrant at his apartment. He said "a Glock 32 barrel is in exchangeable (sic) with a Glock 27 barrel and a Glock 23 barrel." I asked him why he would want to change the barrel out of his Glock .40 firearm and he stated Al's Army doesn't sell the Glock 32 anymore and he wanted the barrel that would hold a .357 round because it's a stronger round. I asked him if that's the same firearm we see on his videos that's in his lap and he stated he didn't know because he has a lot of guns. He stated OCSO confiscated his Glock 23 .40 caliber when he got into a shoot out in Pine Hills at his aunt's house a couple of months ago after someone shot his friend, Devante Green, in the foot. He advised he has an XD .45, two Smith & Wesson firearms, a Sig Sauer .40 caliber, a Glock 30, a Glock 27, a Glock 23, a Glock 19, and a Glock 26. I asked him if the Glock 27 .40 is the one we seized from his apartment during the search warrant and he stated yes. I asked him where he keeps the rest of his firearms since many of the cases were in his apartment and he stated at different girls' homes so they don't all get stolen from his apartment.

: 01751

He stated that's what they call on the streets a "dummy lick" if you keep all of your guns in one place and someone breaks into your place, they get everything you have. I asked him specifically how many 9 mm firearms he owned and he stated he just got the Glock 19 after we served the search warrant and took his Glock 27 because he cannot be without a gun.

After the fight, Lavon came back to the apartment and told him he got jumped by "the One Way jits." He didn't tell him who specifically but Lavon knew who they were. Christopher stated he wasn't injured or didn't appear to be but he was mad. Lavon stated "Bruh, they jumped me and I'm tired of that shit!" He said Lavon wasn't built like that to actually do anything about it. I asked then why they swapped the cars. He stated Lavon wanted to switch cars because he didn't want them to shoot up his car and he wanted to go back over to his relative's house on Livingston St, which is just over a mile to the north of where the shooting occurred. Christopher stated Lavon never left his house with Jermaine's Malibu. Christopher stated he took his own car and went downtown and when he got home, the Malibu was still parked in the same space so he didn't believe Lavon ever drove it after he swapped cars with Jermaine and Job.

I confronted Christopher on this lie because Job and Jermaine had both provided sworn testimony they observed Lavon and Christopher behind them as they were pulling out of Green Gables and they were behind them driving out as well, approximately 20-25 minutes prior to the shooting. Lavon was driving and Christopher was in the front passenger seat at the time and no one else was with them. Christopher denied this.

I asked him if Lavon ever borrow his guns and he said, "Well when this situation happened, yeah, but, no." He stated Lavon told him everyone thought he did the shooting so he needed a gun but that was after the shooting. I asked him if Lavon borrowed a gun the day of the shooting and he said no and then stated he had never borrowed or used his guns. I asked Christopher if he had ever loaned his guns to anyone else and he stated no. He stated he was in possession of all of his firearms the day of the shooting. He agreed we were in possession of the Glock 27 .40 caliber and the two-tone Skyy 9 mm he bought from a friend. He stated he had paperwork on it but he wouldn't say which friend he purchased the firearm from because "he had nothing to do with it."

Since the Skyy 9 mm had come back as not being the 9 mm involved in this case, it was possible either the barrel had been switched out like Christopher was about to do with his Glock 27 .40 caliber firearm, or he had just traded or sold the 9 mm to this person he refused to name in exchange for the Skyy 9 mm. I asked Christopher how long he had owned the firearm up until we seized it from his residence and he stated "about two weeks." We seized the firearm on 4/28/16 and two weeks prior to then would be 4/14/16 and the shooting was 4/16/16. This led me to believe he had traded or sold the 9 mm used in this case to whomever he obtained the Skyy 9 from, mostly likely right after the shooting.

I attempted to explain to Christopher I had found his Glock 27 .40 caliber firearm under his bed and he interrupted me by saying "It wasn't under my bed. It was, when I lay in the bed, it's either under my pillow, it was like, ok, this is the bed, this is the headboard, it be like this upwards, so if something ever happens I can just pull it. It was never under the bed." I asked him if there was any possible way that any of the firearms we pulled out of his house (the Skyy 9 mm and the Glock 27 .40) could be the firearms used to killed Gino Nicolas and Tanya Skeen and shoot four other men and he stated, "Nope. Impossible." I asked him if he would be surprised if one of those firearms was a match to the firearm used to kill Gino and Tanya and he stated "That's not true. It couldn't be true. Because I had nothing to do with no shootings and nobody had my guns." I then advised him he was spotted in the back seat of the Malibu and Lavon was driving. Up to this point, Christopher had denied ever being in the Malibu and stated his brother never left in the car either.

Page 31 of 33

: 01752

When I advised him his prints were found in the vehicle, he then admitted to being in the front passenger seat of the vehicle with Lavon in the driver's seat. He stated he went back into his apartment and got dressed, grabbed his hover board and when he left to go downtown, Lavon was still sitting in the brown Malibu in the parking lot. We explained to Christopher we know what time he arrived in downtown Orlando because we have him on video arriving with Lavon and it was after the shooting. Christopher then couldn't remember if he took Lavon downtown with him or if he found another ride but admitted they were walking together in front of OFD Station 1 when we saw them together on video. He stated he didn't know what time the people were shot or what time he arrived downtown.

I advised Christopher the firearm located under his pillow was the firearm used to kill both Gino and Tanya, shoot Ricky Harrison in the knee, as well as cause major damage to occupied apartments and vehicles. He responded by saying, "That's not, that can't be true. That's not true. I know for a fact." He said he was telling the truth and he had nothing to do with the shootings. Christopher maintained his innocence and kept saying he wasn't involved. We gave him multiple opportunities to explain what happened, how his firearm which never left his possession was used in the murders and how the vehicle described as the drive-by vehicle was last in their possession less than thirty minutes before the shooting and he could not explain it. Christopher admitted his brother was angry and kept repeating he was "tired of this shit." He agreed the only way it would likely end was if Lavon finally retaliated against the One Way Boys.

After he and Lavon left downtown Orlando from Panino's Pizza, Christopher stated Lavon rode with him back to their apartment and the two men Lavon loaned his Chrysler Crossfire to were waiting for them at Job's apartment. He did admit his girlfriend gave Jermaine his car keys to the Malibu when Job and Jermaine came to get them at his apartment.

He denied he and Lavon had gone to Job's apartment to pick up Lavon's Crossfire which Job still had the keys to. Jermaine drove his Malibu from Green Gables back to Job's apartment and Job wanted to drive the Crossfire so he drove it back to his apartment and told Lavon he could pick it up there. This is also when Job and Lavon switched cell phones in front of Christopher. He then stated he couldn't remember where or when they picked up Lavon's car from.

I asked Christopher which firearm Lavon had when he took a Facebook live video of himself and Lavon driving their respective Chrysler Crossfires in traffic and Lavon held a firearm up to the side of his face as he danced with it. Christopher responded by saying, "The nine." I asked if it was the Skyy 9 mm and he stated, "That's a different 9." I asked him where that 9 mm was and he stated, "I don't know." He then admitted it was his firearm and it was another two-tone firearm he had but he couldn't remember which make of gun it was. When I asked him where this gun was currently located, he stated we confiscated it from his apartment. He then stated he didn't remember if the one Lavon was dancing with on Facebook live was the same Skyy 9 mm we recovered from his apartment or not. Since the video was posted after the homicides, it was likely a different gun than the Skyy 9 mm we had recovered. Christopher did admit though he will, on occasion, loan a firearm to Lavon because people always target him and he is just being a good brother. Christopher stated ever since he got robbed, it's just been "dirty mud." He stated this feud has been going on three years and they have been in multiple fights and have shot at Lavon a couple times in the past.

Detective Hatcher asked Christopher if Lavon has had any issues with the One Way Boys since the murders and he stated they are hearing threats saying One Way intended to kill Lavon because of the murders. Christopher brought up the situation where Treavor Glover was shot and said One Way had already retaliated against the suspected shooter when they shot Treavor Glover. The Orange County Sheriff's Office arrested Daquan Lundy and Eric Griffin for shooting Treavor based on his statements to them identifying both of them as the men responsible.

: 01753

Christopher showed no remorse for the deaths of Tanya Skeen and Gino Nicolas and kept repeating he didn't know them, didn't cry or get upset and didn't have anything to do with it. Christopher eventually remembered going with Lavon over to Job's apartment after they left Panino's Pizza. They hung out at Job's house and he stated Job and Lavon are best friends. Christopher stated Lavon (Turk) and Job did swap phones and then they told him to swap the names in his phone for them because they would have each other's phone numbers. He heard Lavon owed Job some money and they said the swapping of the phones canceled that debt. Up until that night, Lavon had told Job he would not give him his iPhone for the money he owed him.

During his many denials that he was involved in the drive-by shooting, Christopher stated, "Don't you think I would be smart enough to get rid of the weapon? Think about it. But think about it, if I had something to do with it and I used my firearm, I would've gotten rid of the weapon and I have multiple firearms. I'm not trying to be cocky or nothing." I asked him why he didn't get rid of the firearm used and he stated, "Cause I didn't have nothing to do with no shooting and my firearms didn't have nothing to do with no shooting. I didn't pull the trigger on nothing." We asked him who did and he stated he didn't know but his firearms were in his possession and they did not do the shooting. Christopher agreed he does go to the gun range and usually hits his targets when firing his weapons.

Christopher stated Lavon never mentioned anything about a shooting to him or his intention to retaliate when they were sitting in the Chevrolet Malibu at his apartment. He stated Lavon was angry and was gripping the steering wheel tightly but only stated he intended to go see his relatives in the Parramore area. Christopher then alluded to the possibility Lavon may have taken friends with him to do something but wouldn't say any names as to whom Lavon may have involved in this. We concluded our interview with Christopher Miller at 1830 hours.

The evidence and testimony obtained in this case, along with Crime Line and other anonymous tips, all led to the arrest of Christopher Miller and his brother, Lavon Shinn, as being solely responsible for the murders of Tanya Skeen and Gino Nicolas, as well as the attempted murders of at least six other men, four of which were shot. On 9/1/16, Lavon Shinn was transferred from the Seminole County Jail to the Orange County Jail and booked on the warrant for this case. This concludes the initial investigative supplement in this case. Any further developments will be the subject of an additional supplement.

This case is CLOSED/CLEARED BY ARREST.

I swear/affirm the above statements are correct and true.

Signature

Sprague, T                    10088
Detective's Name and Employee Number

Supervisor Approval                    12419

Sworn to and subscribed before me, the undersigned authority, this 12th day of December 2016.

☒ Law Enforcement Officer        Emp. # 12277
Orlando PD

☐ Notary Public

☒ Personally Known    ☐ Produced Identification